FILED

APR 15 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV25-04089

Troy Rollins

Plaintiff,

vs.

CASE NO. ___Not applicable___

Sletten Companies

Defendant(s).

EMPLOYMENT DISCRIMINATION
COMPLAINT

1.    Plaintiff resides at:

Address ___11990 Gaylord Drive___

City, State & Zip Code ___Cincinnati, Ohio 45240___

Phone ___513-996-9485___

2.    Defendant is located at:

Address ___1000 25th Street North___

City, State & Zip Code ___Great Falls, Montana 59401___

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-

ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

a. __ Failure to employ me.

b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                       - 1 -

1      c.  __ Failure to promote me.

2      d.  X  Other acts as specified below.

3      _____

4      Harassment in the work place;

5      Hostile work environment;

6      Religious discrimination;

7      Racial discrimination;

8      _____

9   5.     Defendant's conduct is discriminatory with respect to the following:

10     a.  X  My race or color.

11     b.  X  My religion.

12     c.  __ My sex.

13     d.  X  My national origin.

14     e.  __ Other as specified below.

15     _____

16  6.     The basic facts surrounding my claim of discrimination are:

17  As one of the conditions for plaintiff's civil rights as indicated in defendant's EEO Statement, which is

18  as follows: "It is the policy of Sletten Construction to assure that applicants are employed and that

19  employees are treated during employment without regard to their race, religion, sex, age, color,

20  national origin, disability, or Veteran status", all violations of defendant's EEO statement can be

21  referenced in the overall summary and personal notes, marked Exhibit "B".

22  _____

23  _____

24  _____

25  7.     The alleged discrimination occurred on or about __01/03/2024__.

26                                              (DATE)

27  8.     I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                    - 2 -

1  discriminatory conduct on or about _____04/05/2024_____ .

2                                    (DATE)

3  9.      The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4  (copy attached), which was received by me on or about _____01/20/2025_____ .

5                                    (DATE)

6  10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7          Yes _____     No _X_

8  11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9  including injunctive orders, damages, costs, and attorney fees.

10

11  DATED: ___April 11, 2025___          T. L. Rollins  _____

12                                       SIGNATURE OF PLAINTIFF

13

14  (PLEASE NOTE: NOTARIZATION          Troy Rollins  _____

15  IS NOT REQUIRED.)                    PLAINTIFF'S NAME

16                                       (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 2 (Rev. 4/13)              - 3 -

1    Dallin Waymen
     600 S. Las Vegas Blvd., Suite 700
2    Las Vegas, NV 89101
     702-739-8770 | 702-739-9932
3    dwayment@sletteninc.com

4                        UNITED STATES DISTRICT COURT

5                        FOR THE NORTHERN DISTRICT OF

6                                  CALIFORNIA

7

8    TROY ROLLINS, PRO SE

9    Plaintiff,                                EEOC Case No.: 555-2024-01328

10   vs.

11   SLETTEN COMPANIES                         EMPLOYMENT DISCRIMINATION COMPLAINT

12   Defendant(s),

13                       I.

14           WHEREFORE, plaintiff prays this Court advance this case on the docket, order a speedy hearing

15   at the earliest date practicable date, cause this case to be in every way expedited, and on such hearing to this Court,

16   that it:

17           1.  Enter a declaratory judgment that the practices complained of herein are unlawful and

18               violative of Title VII of the Civil Rights Act of 1964;

19           2.  Permanently enjoin defendant, its agents, successors, officers, employees, clients, attorneys

20               and those acting in concert with it or them from engaging in each of the unlawful practices,

21               policies, customs, and usages set forth herein, and from continuing any and all other

22               associated practices including but not limited to: California Senate Bill 844 projects

23               associated with defendant.

24           3.  Order modification or elimination of practices, policies, customs, and usages set forth herein

25               and all other such practices shown to be in violation of applicable law so that they do not

26               discriminate on the basis of race or religion or as appropriate;

27

28

     EMPLOYMENT DISCRIMINATION COMPLAINT - 1

FILED

APR 15 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV25-04089

Troy Rollins
                  Plaintiff,

        vs.                                     CASE NO. __Not applicable__

                                                EMPLOYMENT DISCRIMINATION
                                                        COMPLAINT
Sletten Companies
                  Defendant(s).

1.    Plaintiff resides at:

      Address __11990 Gaylord Drive_____

      City, State & Zip Code __Cincinnati, Ohio 45240_____

      Phone __513-996-9485_____

2.    Defendant is located at:

      Address __1000 25th Street North_____

      City, State & Zip Code __Great Falls, Montana 59401_____

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-

ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

      a. __ Failure to employ me.

      b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

1      c. __ Failure to promote me.

2      d. _X_ Other acts as specified below.

3  _____

4      Harassment in the work place;

5      Hostile work environment;

6      Religious discrimination;

7      Racial discrimination;

8  _____

9  5.     Defendant's conduct is discriminatory with respect to the following:

10      a. _X_ My race or color.

11      b. _X_ My religion.

12      c. __ My sex.

13      d. _X_ My national origin.

14      e. __ Other as specified below.

15  _____

16  6.     The basic facts surrounding my claim of discrimination are:

17  As one of the conditions for plaintiff's civil rights as indicated in defendant's EEO Statement, which is

18  as follows: "It is the policy of Sletten Construction to assure that applicants are employed and that

19  employees are treated during employment without regard to their race, religion, sex, age, color,

20  national origin, disability, or Veteran status", all violations of defendant's EEO statement can be

21  referenced in the overall summary and personal notes, marked Exhibit "B".

22  _____

23  _____

24  _____

25  7.     The alleged discrimination occurred on or about ___01/03/2024_____.

26                           (DATE)

27  8.     I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)           - 2 -

1    discriminatory conduct on or about _____04/05/2024_____ .

2                                    (DATE)

3    9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4    (copy attached), which was received by me on or about ___01/20/2025_____ .

5                                    (DATE)

6    10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7        Yes _____    No _X_

8    11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9    including injunctive orders, damages, costs, and attorney fees.

10

11    DATED: ___April 11, 2025___    T. L. Rollins

12                                    SIGNATURE OF PLAINTIFF

13

14    (PLEASE NOTE: NOTARIZATION    Troy Rollins

15    IS NOT REQUIRED.)    PLAINTIFF'S NAME

16                        (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 2 (Rev. 4/13)                - 3 -

Dallin Waymen
600 S. Las Vegas Blvd., Suite 700
Las Vegas, NV 89101
702-739-8770 | 702-739-9932
dwayment@sletteninc.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF

CALIFORNIA

TROY ROLLINS, PRO SE

Plaintiff,

vs.

SLETTEN COMPANIES

Defendant(s),

EEOC Case No.: 555-2024-01328

EMPLOYMENT DISCRIMINATION COMPLAINT

I.

WHEREFORE, plaintiff prays this Court advance this case on the docket, order a speedy hearing at the earliest date practicable date, cause this case to be in every way expedited, and on such hearing to this Court, that it:

1. Enter a declaratory judgment that the practices complained of herein are unlawful and violative of Title VII of the Civil Rights Act of 1964;

2. Permanently enjoin defendant, its agents, successors, officers, employees, clients, attorneys and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing any and all other associated practices including but not limited to: California Senate Bill 844 projects associated with defendant.

3. Order modification or elimination of practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they do not discriminate on the basis of race or religion or as appropriate;

EMPLOYMENT DISCRIMINATION COMPLAINT - 1

4.    Compensate and make whole plaintiff for all earnings, wages, and other benefits they would have received but for the discriminatory practices of defendant;

5.    Award plaintiff the costs and disbursements of this action, including reasonable attorney's fees in accordance with 42 USCA § 1988(b)(c), 2000e-5(k); and

6.    Grant such other relief as may be just and proper.

II.

Plaintiff is a black of African descent and color, a citizen of the United States and a resident of the State of Ohio, with its post office address at P.O. Box 400532, 7925 W. Russell Road, in the City of Las Vegas, State of Nevada. The defendant is a corporation, incorporated by virtue of the laws of the State of Montana, with its main office at 1000 25th Street North, in the City of Great Falls, State of Montana, authorized to do business within the State of California. Since 1928, defendant is and was engaged in the general contracting business, such as the construction of buildings and the like.

III.

All conditions precedent to jurisdiction under 42 USCA § 2000e-5(f)(3) have occurred or been complied with, to wit: A charge of employment discrimination was filed with the Equal Employment Opportunity Commission within 180 days of the commission of the unfair employment practice; a Notification of Right to Sue, attached herein, was received from the Equal Employment Opportunity Commission on or around January 20th, 2025; this complaint has been filed within 90 days of receipt of the Notification of Right to Sue.

IV.

This is a suit authorized and instituted pursuant to Title VII of the Civil Rights Act of 1964, 42 USCA §§ 2000e et seq. Jurisdiction of this Court is invoked pursuant to 42 USCA § 2000e-5(f) and 28 USCA § 1343(4). The jurisdiction of this Court is invoked to secure protection of and to redress deprivation of rights secured by 42 USCA §§ 2000e et seq., providing for injunctive and other relief against racial, religious, and national origin discrimination in employment.

V.

Jurisdiction of this court is further invoked under Title 28, United States Code, Section 1331, as arising under the Constitution and laws of the United States.

VI.

EMPLOYMENT DISCRIMINATION COMPLAINT - 2

1    Jurisdiction of this court is further invoked under Title 28, United States Code, Section 1332, in

2  that there exists a diversity of citizenship of the parties and the matter in controversy exceeds, exclusive of interest

3  and cost, the sum of S75,000.

4    VII.

5    Jurisdiction of this court is invoked under Title 28, United States Code, Section 1343, and the

6  proceeding authorized by the act of April 20, 1871, Chapter 22, Section 1, 17 Stat 13 (Title 42, United States Code,

7  Section 1983), to be commenced by any citizen of the United States or other persons within the jurisdiction thereof

8  to redress the deprivation, under color of a state law, statue, ordinance, regulation, custom, or usage, of rights,

9  privileges and immunities secured by the Constitution of the United States, and Executive Order Number 10557 of

10  Title 41, United States Code, which incorporated herein by reference and made a part hereof.

11    VIII.

12    As indicated in attachment herein, market Exhibit "A", The Detention Services Intergovernmental

13  Agreement with the U.S. Department of Justice, United States Marshall Service established in 2009 to house federal

14  detainees under the care of the Office of the Sheriff, connects the United States Department of Justice and the

15  United States Marshall Service to the forthcoming SB-844 West County Re-Entry, Treatment, and Housing Facility

16  construction project.

17    IX.

18    As indicated in attachment herein, market Exhibit "A", On December 7, 2021, Contra Costa

19  County recommended awarding the design-build contract, Senate Bill 844 West County Re-Entry, Treatment, and

20  Housing Facility, to defendant.

21    X.

22    On or around February 21, 2022, an agreement was entered into by and between plaintiff and

23  defendant for plaintiff to perform all workmanlike services for defendant, for the construction of buildings and the

24  like.

25    XI.

26    As one of the conditions for plaintiff's civil rights as indicated in defendant's EEO Statement,

27  which is as follows: "It is the policy of Sletten Construction to assure that applicants are employed and that

28  employees are treated during employment without regard to their race, religion, sex, age, color, national origin,

EMPLOYMENT DISCRIMINATION COMPLAINT - 3

disability, or Veteran status", all violations of defendant's EEO statement can be referenced in the overall summary and personal notes, marked Exhibit "B".

XII.

On or around June 17, 2022, a written notice to proceed was entered into by and between Contra Costa County, an agency of the United States Government, and defendant, whereby defendant was to construct the West County Re-Entry, Treatment, and Housing Facility in the City of Richmond, State of California, pursuant to California's SB-844.

XIII.

On March 29, 2024, after multiple grievances bestowed on plaintiff by defendant per overall summary indicated in Exhibit "B" herein, all required workmanlike services provided by plaintiff were terminated by plaintiff as indicated in Exhibit "B" herein, marked 'End Date Email.'

XIV.

The act, or acts, of defendant towards plaintiff, was, or were, committed under color of provisions contained in the EEO Statement between defendant and plaintiff.

XV.

Defendant was without any justification or grounds in racial and derogatory comments, and/or any other acts, and such comments and/or acts were conducted for the reason that plaintiff is a Black of African descent and for no other reason.

XVI.

The conduct of plaintiff in terminating the services of plaintiff, by reason of his race and color, was due to defendant's violation of the nondiscrimination clause of the aforesaid EEO Statement and in violation of the rights and immunities of this plaintiff, protected under Title 42, United States Code, Section 1983, which is incorporated herein by reference and made a part hereof.

XVII.

As a result of the conduct by defendant, and since reputation is of the essence, the plaintiff has been damaged in an unlimited amount due to; but not limited to harassment in the workplace, a hostile work environment, religious discrimination, and racial discrimination.

EMPLOYMENT DISCRIMINATION COMPLAINT - 4

1    Wherefore, plaintiff demands judgment against defendant for the sum of one-hundred million

2  dollars, interest and (if appropriate) costs.

3        Dated: 11ᵗʰ of April, 2025.

4
                                              **TROY L. ROLLINS**
5                                        _____
                                              Attorney or Pro Se Litigant
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EMPLOYMENT DISCRIMINATION COMPLAINT - 5

# EXHIBIT A



# County Detention: Proposed Mental Health Facility & Immigration Enforcement Policies – Fact Sheet

## Contra Costa County Office of the Sheriff

### 1. **IMMIGRATION ENFORCEMENT**

**What is the Sheriff's Office contract with the Immigration Customs Enforcement (ICE) and what does the housing of detainees at the West County Detention Facility (WCDF) have to do with the proposed West County Reentry, Treatment, and Housing Facility?**

Under the Detention Services Intergovernmental Agreement with the U.S. Department of Justice, United States Marshals Service, provisions were established in 2009 that outline procedures for the housing of and billing for federal detainees under the care of the Office of the Sheriff. The housing of detainees is part of a long-standing contract with the Marshals Service to house prisoners in available beds at WCDF. ICE is part of that contract and pays for the Sheriff's Office to house an average of 200 ICE detainees each day, provided we have the space for them to use.

These detainees are not persons who have been arrested by Office of the Sheriff personnel or are necessarily involved in criminal court proceedings in Contra Costa County, but instead are detainees ICE has brought to the facility in need of housing. This allows some ICE detainees to remain in the Bay Area, closer to their families, rather than at a remote jail somewhere out of the county or the state.

The program with ICE generates approximately $6 million in gross revenue each year and approximately $3 million in net revenue; this revenue reduces the local taxpayers' burden for the overall operating costs of the Office of the Sheriff.

**What is the average daily population (ADP) of ICE detainees at the West County Detention Facility?**

There are approximately 200 federal ICE detainees housed at the WCDF on any given day.

**Does the Sheriff's Office arrest undocumented immigrants solely based on their immigration status?**

No. The Office of the Sheriff equally enforces the laws and serves the public without regard to immigration status. Except as expressly specified in our immigration policy and permitted by law, (e.g., the Trust Act), the immigration status of a person has no bearing on the manner in which Office of the Sheriff staff carry out their duties. The Office of the Sheriff is in compliance with all federal and state laws governing local law enforcement and strives to maintain public trust with all members of the community.

**Does the Sheriff's Office participate in ICE sweeps and mass deportation efforts?**

No. The Office of the Sheriff does not participate in enforcement sweeps, immigration-based investigations, or operational campaigns with ICE.

**Does the Sheriff's Office hold undocumented immigrants in jail longer than their scheduled release date?**

No. The Office of the Sheriff's policy and current state law prohibit holding an undocumented criminal offender any longer than their normal release date. The Sheriff's Office only honors ICE notification requests when certain individuals with specified felonious or violent criminal backgrounds are scheduled to be released. No one is detained or incarcerated longer than their scheduled release date, nor is any incarcerated person denied the right to bail or precluded from release on a citation if they are otherwise eligible. All persons arrested for criminal offenses or held pursuant to the current US Marshal's contract always have equal access to custody programs such as educational courses, substance abuse, Chaplain ministries, etc.

**Does the Sheriff's Office investigate the immigration statuses of victims and witnesses of crimes and report them to ICE?**

No. Undocumented immigrants in our communities must feel secure that contacting the Office of the Sheriff will not put them at risk for deportation. As such, the immigration status of crime victims and witnesses will not be probed. Office of the Sheriff staff do not contact, detain, or arrest persons solely on the basis of their immigration status, and do not seek out or detain undocumented persons simply to determine their immigration status.

2.  **Mental Health Jail Facility – West County Detention Facility**

**Why does the county need a West County Reentry and Mental Health Treatment Facility?**

A large segment of the incarcerated population in Contra Costa County consists of individuals who are required to be housed at the Martinez Detention Facility (MDF). At MDF, which has virtually no programming or treatment space, access to services, programs, treatment, recreation, socialization, or physical activity is limited. The only services currently available at MDF are academic independent-study, a library cart, chaplain services, psychiatric assessment, and medical management. As a result, all people incarcerated at MDF live within the most restrictive conditions of the entire county jail system.

With maximum rated capacity of 695 people, MDF was designed as a "direct-supervision" facility intended to house people in single-occupancy cells within 48-person housing units. However, throughout its history, MDF has served primarily as a high-security facility, typically housing high-security and special-conditions individuals in double-bunked cells, thus exceeding the single-occupancy design capacity. It is important to note that even with this increased capacity, the facility is fully certified and approved by the California Board of State and Community Corrections. It is also inspected regularly.

**What is the purpose of the proposed West County Reentry and Mental Health Treatment Facility?**

The West County Reentry, Treatment, and Housing Facility (WRTH) will be constructed on a pad located within the secure perimeter of the already existing West County Detention Facility (WCDF) in the City of Richmond. This integrated housing, psychiatric, treatment, and reentry services facility will allow the transfer of approximately 400 people out of the county's aging, outdated, and overcrowded Martinez Detention Facility. These inmates will be moved into the new facility, closing an entire housing unit at MDF.

The proposed West County Reentry and Mental Health Treatment Facility addresses an immediate need to provide meaningful reentry programming and robust mental health treatment to many individuals now incarcerated at the Martinez Detention Facility.

In furtherance of the goals of the County's Reentry Strategic Plan, the proposed reentry and treatment facility would include approximately 25,000 square feet of program space. At a minimum, the facility design would allow for:

- *Mental Health and Substance Abuse Treatment Services*
- *Adult Education Programs*
- *The Formulation of a Close Partnership Between the Office of the Sheriff, the West County Reentry Resource Center, and the East/Central Reentry Network*
- *Integrated Pre-Release and Employment and Training Services*
- *Family Reunification Services, including Group and Individual Counseling*

3

- *Implementation of Case Management and Needs Assessments that Allow for Appropriate Delivery of Substance Abuse Treatment, Job Training, and Placement*

The Office of the Sheriff is committed to expanding access to current program providers. Additionally, the Office of the Sheriff will work with members of the community and mental health experts to create a framework for future reentry and treatment opportunities.

## When would the proposed facility open, and where would it be located?

The reentry and treatment facility would be constructed within the secure perimeter of the West County Detention Facility, on an existing pad intended for future expansion. The proposed facility's footprint would take up approximately 2.3 acres of the 47-acre campus. The proposed facility would open sometime in 2021.

## How will the West County Reentry and Mental Health Treatment Facility be financed?

Senate Bill 844 is a state financing program which provides $270 million in detention facility construction funding for counties in California. Large counties such as Contra Costa can apply for up to $70 million of the funding. Counties must provide 10% matching funds. It is a competitive process and only one large county that applies will receive the award.

Funding consideration shall be given to counties that are seeking to replace compacted, outdated, or unsafe housing capacity. Additionally, funding consideration will be given to counties who plan to provide adequate space for the provision of treatment and rehabilitative services, including mental health treatment. Counties must also demonstrate the replacement of outdated and inadequate jail beds will not add to the total amount of available jail beds within the current system.

## How does the proposed West County Reentry and Mental Health Treatment Facility benefit the community?

A lack of reentry preparation and untreated behavioral health needs are among the leading causes of recidivism. To counteract those factors, the proposed facility will emphasize pre-release connections to programs and services that equip returning citizens with the education, documentation, and coping skills to successfully reintegrate into the community. Additionally, the facility will provide both more programing/treatment space and the appropriate type of space consistent with best practices in mental health treatment.

## What are the Average Daily Populations (ADP) and rated capacities of the three jail facilities?

| Facility | ADP | Rated Capacity |
|---|---|---|
| Martinez Detention Facility (MDF) | 688 | 695 |
| West County Detention Facility (WCDF) | 764 | 1096 |
| Marsh Creek Detention Facility (MCDF) | 68 | 188 |

4

The Custody Services Bureau also manages a Custody Alternative Facility, which supervises an average of 425 clients under various monitoring programs including electronic home detention, work alternative, county parole, alcohol monitoring, and pre-trial release.

### What type of inmate is housed at the West County Detention Facility?

The WCDF is a medium security, campus style facility consisting of two-bunk cells in a dormitory setting. Inmates are free to leave their cells to use the central restroom facilities and attend daily programs often located outside of their housing units. Numerous inmate rehabilitation programs and classes are offered throughout the day; inmates leave their buildings to attend schools in the center of the facility. The design and function of the facility also affords greater amounts of free time out of one's cell.

Due to the setting of the buildings and program locations at WCDF, certain special-needs or high security inmates at MDF would either pose a security risk or a danger to themselves or other inmates if assigned to WCDF; subsequently, they are unable to be housed at there.

### How many people are booked into the jail in Contra Costa County?

Approximately 26,000 people are booked into the jail in Contra Costa County each year. Most come from the various local police departments throughout the county.  26,612 inmates were booked into the jail in 2016; that is a monthly intake average of 2,218 inmates and a daily intake average 73 inmates. The MDF is the only jail facility in the county where arrestees are initially booked into custody and once admitted into custody, inmates can be housed at any of the three facilities depending on their classification. The Classification Unit strives to house inmates in the least restrictive housing environment possible in relation to any safety concerns and with consideration of inmates' special needs.

March, 2017



**SB 844**
**West County Reentry Treatment &**
**Housing Facility**

December 7, 2021

# Agenda

- History of Adult Detention Facility Modernization Efforts

  - Detention Facility Grant Applications

  - SB 844 Program Objectives

  - Current Facility Modernization Efforts

- SB 844 Construction Program

  - Request for Proposals Process

  - Current Design Specifications

  - WRTH Program and Medical Space

- Board Questions and Public Comment

2



# Detention Facility Modernization Efforts

- AB109 placed significant responsibilities on counties, including detention facilities

- Over the past decade the County has submitted three detention facility grant applications with the State
  - 2013 - SB 1022 ($80 million)
  - 2015 - SB 863 ($80 million)
  - 2017 - SB 844 ($70 million)

- Focus on establishing reentry, medical and mental health services for high security inmates within the County

- Governed by Jail Needs Assessment conducted in 2015

3



# SB 844 Program Objectives

- **Reduce overcrowding of high-security inmates at Martinez Detention Facility (MDF)**

  - Current rated capacity of 695, but originally constructed for single occupancy cells with a rated capacity of 384 in 1981

  - The new SB 844 facility includes 288-beds and MDF rated capacity will be reduced by 288, resulting in an updated rated capacity of 407, closer to the original design specifications and result in no increase to countywide bed-count

- **Develop appropriate programming, reentry and mental health treatment spaces for high security inmates**

  - MDF continues to lack modern programming and treatment spaces for its population

  - Post AB 109, inmates sentenced to terms longer than traditional 364-day jail terms, requiring more services during the term of confinement

- **Consistent with findings and recommendations most recent Jail Needs Assessment**

  - Conducted in 2015 and informed the SB 844 facility program development process

  - County hired Further the Work to develop the "whole system" program design for the proposed facility and draft the majority of the grant proposal

- **Creates backbone infrastructure to provide new reentry, family reunification, and workforce readiness services**

  - To be staffed by existing and new community-based organization(s) directly in the detention environment

  - Available to all inmates on the West County Detention Facility campus (high and medium security)

- **Addresses $80+ million deferred maintenance liability in adult detention facilities (close to 1/3 of county's net liability)**

  - By eliminating capacity at MDF and using State funding to construct the a new, modern detention and reentry facility rather than all County funds

# Current Facility Modernization Efforts

- **Consent Decree with Prison Law Office:**

  - Contemplates future direct discussions regarding potential additional provisions regarding County's ADA obligations (includes physical plant and program access)

  - Modifications to detention facility infrastructure required to meet terms of the remedial plans

- **MDF M-Module Redesign ($20 million):**

  - Flagship mental health services module within MDF

  - Full renovation of module to modern ADA standards

- **MDF C-Module ADA Cell Project ($2.5 million):**

  - Conversion of (8) existing cells to (4) ADA compliant cells

  - Conversion of (1) shower stall to ADA compliant

5

# Request for Proposals Process

- Staff solicited requests for qualifications (RFQs) from contractors that were interested in bidding on the SB 844 Project; and

- Total of three (3) RFQ responses were received and evaluated. All three (3) met the established pre-qualification criteria and were invited to respond to a Request for Proposals (RFP); and

- On November 9, 2021, the County received three (3) RFP responses and a selection panel was convened to evaluate the proposals in accordance with the selection criteria set forth in the RFP.

- The selection panel evaluated the proposals in accordance with the approved selection criteria and ranked the proposals in the following order:

1. Sletten Construction Company
2. Hensel Phelps Construction Company, and
3. Broward Builders, Inc.



6

# Current Design



- **288** high-security replacement beds (5 housing units)
  - ○ **192** High security beds (3 Standard Housing Units)
    - ■ Each housing unit has 2 large classroom spaces in the unit.
    - ■ Non-contact visitation spaces provided within the unit.
    - ■ Each unit has ADA accessible spaces for housing and visitation.
  - ○ **96** behavioral health beds (2 Behavioral Health Housing Units)
    - ■ **64** beds (1 Special Services Housing unit)
      - ● Intended for short-term decompensation or detox episodes
      - ● Contains a Day Room, 20-person Classroom, 20-person Program room, 10-person small group room and three 4-person interview rooms
    - ■ **32** beds (1 Intensive Services Housing unit)
      - ● Intended for inmates with serious and persistent mental illness who cannot function in the general population
      - ● Includes 16 rated cells (double bunk), including two "safety cells"
      - ● Contains a Day Room, two 16-person Classrooms, three 4-person interview rooms, an exam room and secured behavioral health staff office.
      - ● Includes video visitation and in-person visitation booths in the housing unit.

7

# WRTH Program and Medical Space

○ **Total Classroom/Program Space** in the housing units is a combined 4, 270 square feet

○ **Reentry Services Suite** with a total of 3,176 square feet including 4 classroom/program spaces and offices and work area for CBOs to provide programs and services to entire West County Detention Campus population

○ **Vocational classroom** with 980 square feet

○ **Medical Clinic** with a total of 4,185 square feet including

- Dental facilities
- Optometry facilities
- X-ray Room

8