# West County Campus





WRTH Design



SITE PLAN



WRTH Design

WEST COUNTY RE-ENTRY, TREATMENT AND HOUSING

FLOOR PLAN - LEVEL 1 - PROGRAMS

# WRTH Design



WRTH Design



VIEW AT ENTRANCE, LOBBY & VISITATION

WEST COUNTY RE-ENTRY, TREATMENT AND HOUSING

ENTRY VIEW AND ENLARGED ELEVATIONS

A5.1

WRTH Design



DAY ROOM FROM RECREATION AREA



MEZZANINE TO RECREATION ROOM





DAY ROOM TO RECREATION AREA

MEZZANINE FROM RECREATION AREA

WEST COUNTY RE-ENTRY, TREATMENT AND HOUSING

INTERIOR RENDERINGS AT HOUSING

A7.2

WRTH Design







WEST COUNTY RE-ENTRY, TREATMENT AND HOUSING

INTERIOR RENDERINGS AT VISITATION

DLR Group



# WRTH Design

**360 Degree VISUALS:**

- **Entry**
  https://momento360.com/e/u/8b40624e267d480687b8ef
  a3c5e7fc21?utm_campaign=embed&utm_source=other&
  heading=0&pitch=0&field-of-view=75&size=medium

- **Visitation**
  https://momento360.com/e/u/6974b8884b2c480db210ff
  2cab48b33c?utm_campaign=embed&utm_source=other&
  heading=0&pitch=0&field-of-view=75&size=medium

- **Housing**
  https://momento360.com/e/u/d6f2db037154439a8717a4
  65c3c68c6c?utm_campaign=embed&utm_source=other&
  heading=0&pitch=0&field-of-view=75&size=medium

16

# Recommendations



1.  ADOPT Resolution 2021/405 awarding a Design-Build Contract to Sletten Construction Company, a Montana Corporation, in an amount not to exceed $95,500,000, for the design and construction of five secure housing units, a medical treatment center, re-entry program space and family visitation facilities at the West County Detention Facility (WCDF).  ($70 million State; $25.5 million General Fund, Budgeted and Previously Approriated)

2.  APPROVE and AUTHORIZE the County Administrator, or designee, to execute the Design-Build Contract after the Public Works Director has received the required insurance, bonds, and Guaranty from Sletten Construction Companies.

3.  AUTHORIZE the County Administrator, or designee, to approve final plans, specifications, and design documents necessary to implement and construct the West County Reentry, Treatment and Housing (WRTH) project consisting of five secure housing units, medical treatment facility and other spaces described in Project Document 011110 (Summary of Work), Project Document 011114 (Summary of Work – Design Services and Deliverables), and the Project Bridging Documents.

4.  APPROVE and AUTHORIZE the County Administrator, or designee, to execute stipend agreements for payment of a $75,000 stipend each to Broward Builders, Inc., a California Corporation, and Hensel Phelps Construction Company, a Delaware partnership, in accordance with the Request for Proposals released on July 27, 2021.

17



Questions

# EXHIBIT B

Greetings,

Two and a half years ago, after leaving my songwriting dreams behind
me, I decided to dedicate my life to being a successful project
manager in the construction industry. My desire to show my gratitude
to my creator for giving me a second chance consisted of conversations
and promises that I would strive daily to get the job done
effectively. From the first day I walked into Sletten's building to
the last day I walked out; I believe I fulfilled my promise. We are
gathered here today because of the inexcusable barricades and hurdles
I dealt with in between that time. Things like being called "T-Dogg"
on a daily basis when my name is Troy, being referred to as a "Bitch"
in front of clients, January 4th, 2024 between 8:50 am and 9:00 am,
answering condescending questions like, "Is there a cologne for black
people?" and "Are you sure you are not praying to Howard?" after
praying over my lunch, being told to "shut the fuck up" after stating
facts during internal meetings, being aggressively approached
physically after verbally defending myself (Stephen Freese and Daniel
Kasang was present during that time), witnessing age discrimination
and unlawful termination against individuals with health and physical
issues, listening to disrespectful comments about black leaders who's
efforts helped shape and minimize racial discrimination in this
country, and being told that, "black people are known for eating fried
chicken and watermelon" AFTER expressing my concerns about the subtle
disrespect I experienced. These are just a few hurdles and barricades
I conquered. My afro hairstyle, choice of earring(s), cologne, and
clothes should not have been the primary focus of my former co-
workers' analysis of me especially when my previous experience and
reputation proved beneficial to the financial success of the project,
I was tasked with in addition to the grade A report I received from my
hiring boss on my first yearly review (I resigned before my second
yearly review was completed). The majority of the situations and
encounters I have experienced have been documented with circumstantial
evidence and names of internal and external team members that were
present. In the first paragraph of Sletten Construction's position
statement prepared by Snell & Wilmer law firm, Snell & Wilmer's
representative stated, *"Because this letter was prepared by counsel,
the statements and representations made herein do not constitute
first-hand knowledge of such counsel."* After being on site for eight
months and working alongside Johnathan Bales and Joesph Donovan, I,
Troy Rollins, can say that I have first-hand knowledge of everything
that occurred. Everyone that was involved and/or present during each
incident knows what happened and I have faith that once all the facts
are obtained, the truth WILL prevail! All I ask is for the EEOC to vet
the information provided and obtain perspectives from the individuals
mentioned in the evidence provided (internal and external West County
Re-Entry Treatment and Housing Facility team members); and investigate
the recorded internal meetings where they will find that Joesph
Donovan used an Earth, Wind, and Fire background to address my
hairstyle. Having to speak with a therapist (Calm Clinic) about my
situation, being forced to find new employment, and being forced to
rebuild my life in a foreign city after this experience has motivated

me to seek justice. Out of respect for the current employees I formed
relationships with who themselves have families and adjacent
responsibilities; I do not intend to eliminate their endeavors.
However, considering the behavior and treatment I have received from
my former co-workers, considering that I was the only black on the
West County Re-Entry, Treatment and Housing Facility internal team,
considering this past July marks the 60th year anniversary signing of
Title VII of the 1964 Civil Rights Act and I am still fighting for my
rights in 2024, and considering Sletten Construction has been a
successful company for over 90 years and has unsuccessfully addressed
the discrimination issues I brought to light after pledging not to
tolerate discrimination on its company website and in their position
statement, I would like to kindly request the following if the EEOC
concludes my claim has validity:

1. I would like to recommend that Dan Eden, Joesph Donovan, Johnathan
Bales, and Michelle Cohens maintain their full employment despite the
severity of this issue.

2. I would like full endorsement from Sletten Construction Company
regarding any of my future endeavors in the construction industry
and/or any others.

3. I would like full medical and dental benefits until Sletten's
substantial completion of the West County, Re-Entry, Treatment, and
Housing Facility project in Richmond, California.

4. I would like compensatory damages for attorney research and
consultation fees.

5. I would like compensatory damages for Back pay from the beginning
of April 2024 to the end of September 2024 for loss of wages.

6. I would like compensatory damages for Front pay from the beginning
of October 2024 until Sletten's substantial completion of the West
County, Re-Entry, Treatment, and Housing Facility project in Richmond,
California for future wages.

7. I would like pecuniary losses to satisfy the outstanding, early
move-out fees from the Bay Area Grand Apartment lease stemming from my
relocation from California to Nevada after issuing my formal complaint
that was agreed to be paid by Sletten Construction Company.

8. I would like nonpecuniary losses due to inconvenience, injury of
professional standing, injury to character and reputation, and injury
to credit standing.

9. I would like Punitive damages for racial discrimination.

10. I would like Punitive damages for religious discrimination.

11. I would like Punitive damages for hostility and harassment in the
work environment.

Thank You,

Troy L. Rollins

Greetings,

To whom it may concern, let the description below serve as a full summary of events from March of 2022 to March of 2024 that led to the complaint with Sletten's human resources department and with the EEOC.

March 7, 2022, marked the first day of my tenure at Sletten. Upon arrival, I was assigned to Contra Costa County's West County Re-Entry, Treatment, and housing facility project as an assistant manager. A notice to proceed for WRTH would not be issued until June 17th, 2022. The remaining members of the construction team that were slated to work on WRTH were constructing another detention facility in Ventura, California, which had a January 9th, 2023, completion date according to the senior project manager. Pages one through twelve, per attached email documentation, represents my immediate efforts and contributions as an employee to both the Todd Road Jail project in Ventura, California and the West County Re-Entry Treatment and Housing Facility in Richmond, California.

Between April 2022 and August 2022, Dan, Joe, and Myself worked on the completion of the schedule of values for the west county re-entry, treatment, and housing facility project. The sequence of events within this time frame would be the beginning of my journey to seeking rhyme of reasons for the actions that occurred. Page thirteen represents the first draft of the schedule of values provided to the team for review. After sending that to the team, Joe gave me a call and summoned me to Ventura, CA to work on the schedule of values in person. We agreed for me to travel to Ventura in April of 2022. When I arrived at the jobsite trailer, a stack of papers pertaining to the Todd Road Jail furnished furniture and equipment items were slammed on the drop-in desk I sat at in the corner of the trailer. I was given the task of organizing each item and confirming they were installed in each room of the jail and performing quantity takeoffs for masonry wall square footage. With help from Rick Fabian (rfabian@sletteninc.com), Sletten's onsite quality control manager, we completed that those items and moved onto punch list items. At the end of the week, Joe told me that he was not prepared to work on the schedule of values and to come back at a later date. Page fifteen of the email chain attached represents the final version of schedule of values that were submitted in August of 2022. This was the first time I wondered if the misguidance was intentional.

Another time I wondered if I was being mistreated was in June of 2022 when the Ventura team had a zoom meeting (Joesph, Kelly Kovaleski (kkovaleski@sletteninc.com, Raj (sshiraj@sletteninc.com), and Myself) to discuss closeout roles and responsibilities. In the zoom meeting, Joe's background had the 70s Soul Group, Earth, Wind, and Fire in the background of his video screen, singled me out and stated, "Troy, this is who you remind me of with the afro." The members of this group were Black Americans who wore the afro hairstyle in the 70s. This gesture was a response to the afro hairstyle I wore in a previous zoom video. After the meeting, I spoke to a family member about the gesture, and they were extremely offended. At the time, I tried to have a positive mindset and continue with the project despite any disrespectful and/or offensive gestures.

The third time occurred when Joesph called me and instructed me to call Ron Mastalski, our Owner Representative (ron.mastalski@vanir.com), and tell him that we were going to proceed with ordering the Electrical switchgear without given Vanir their contractual two-week time frame to make review comments, and suggestions. I mentioned to Joesph that might not be a good idea since the contract permits Vanir to receive two weeks to conduct a submittal review. Joesph's response to my comments was that I work for him and to send the email. So, upon receiving my email (late 2022), Ron gave me a call challenging the idea of Sletten giving directions to Contra Costa Electric to release the switchgear without Vanir's review. I mentioned that it would be best

for Ron to discuss the particulars of the switchgear submittal with my higher up since I was not able to make decisions on this piece of equipment. After this particular incident, I was sure that I could not trust Joesph's direction since he was a seasoned Senior Project Manager of 40 years and put his team member in that position.

From fall of 2022 to the spring of 2023, per select emails attached, the preconstruction team managed the design development scope creep, design team meetings, design development, construction document development, and bid package one bid solicitation phases. During that time frame, our division manager, Dan Eden (deden@sletteninc.com), called for a divisional zoom meeting to discuss the state of the current division as of early 2023. With everyone in the division present, Dan announces that I and a few others are studying for LEED green associate qualifications, and everyone should contact me and/or Stephanie if anyone has questions. At the end of the meeting, Dan encouraged everyone to do well in the forthcoming year and continue to build success within the division. After Dan's speech, Joesph decided to make another remark about me possibly not being employed in the near future. Now, one can consider his comment a joke, but another could consider his comment a subtle threat. In my mind, due to the previous treatment I have received, Joesph was threating me. After yet another conversation with my family regarding the odd, on-going behavior from my supervisor, I decided to give Joesph a personal call after work and express to him that I felt disrespected by his comments in that meeting and on previous occasions. His response over the phone was that it was not his intention for me to feel disrespected. It is his intention for everyone to feel valued and respected as a team member. We left that conversation on a good note and moved forward.

After our conversation, Joesph came to Sletten's Las Vegas office, and we had a meeting over a list of items that needed to be completed for the project. While working through the list of items, I provided additional open items, per email attached, that needed to be completed before setting up in Contra Costa. I also sent him an email requesting approval to proceed with the Project Pype software that would condense the time I would've had to spend creating a submittal. He never answered any of my emails or offered any feedback. There was another time where I requested feedback on the meeting minutes, and he threw my request in the trash. As a result of his non-responsive approach, I was forced to proceed as if I did not have any assistance, which I did. Feel free to reference email attachments for verification.

In late March of 2023, the contra costa team began soliciting bids to subcontractors per divisions: 04 masonry, 05 metals, 07 roofing, 08 openings, and 32 fencing via pre-qualification forms, instruction to bidders, question and answer logs, schedule(s), drawings, and specifications. We decided the original bid due date would be April 20th, 2023. Keeping in mind this is a $95 million dollar project with a plethora of integral parts, thus, our bidding subcontractors requested a one-week extension to accurately complete their bids. Sletten approved the extension, so the new bid date was pushed to April 27th, 2023. By April 24th, the subcontractors requested yet another extension. This time we asked our division manager, Dan, if we could extend the bid due date one more week. He approved but indicated that we would need all bid recap information completed prior to May 9th, since some higher ups were coming to vet our numbers. After we received approval, I sent out a mass email to the bidders, with the team copied, indicating that Sletten would extend the bid one additional week (May 4th). On April 26th, Joesph called Johnathan Bales, since John was in the Las Vegas office at that time and directed him to direct me to request all the bids on April 27th, so we would not look bad to the subcontractors. My response to him was that we would not get accurate numbers from the subcontractors, and he said we would work through each number we receive. Confused by the decision, I sent the mass email to the bidders, and half

of them dropped out due to inefficient time and/or information. That next week (or second week), the construction team gathered in the Las Vegas office to review the bids we did receive and review the written scopes of work for the second package of bids we planned on soliciting in June. In the meeting, Joesph said, "Since we were not able to get the sufficient number of bids, let's go back to making phone calls." It was at that moment, I realized that Joesph wanted to make sure I knew who was in charge and I was not well-received. Feel free to reference email attachments for verification.

For the record, it is my belief that I always carried out my duties and at times, humbled myself to ensure nobody on the team was offended. One reason for that would be due to the email chain, per pages 47 and 48, where in my attempt to obtain change management pricing, I was told to stand down. The decision not to extend the bid date for our subcontractors would prove to hurt the schedule months later since we did not obtain a doors and frames contractor until six months later. This hurt the schedule because the door frames were to be coordinated and set after the slab-on-grade and elevated decks are poured, coupled with the electrical conduit coordination for the detention doors. In my opinion, the incidents mentioned above are not examples of racial discrimination, with the exception of the Earth, Wind, and Fire background gesture, but are examples of strategic harassment that can cause discomfort and stress in the work environment.

Moving forward, after receiving the bid package one bids, the construction team relocated to Richmond, California in June of 2023 to begin setting up the job site trailers, temporary fencing, storm water pollution prevention procedures, amongst other general site requirements. July of 2023 would mark my first month on the construction jobsite, working with the construction team in-person. From July '23 to March '24, I received multiple gestures of subtle disrespect, discrimination, and harassment from Joesph Donovan and Johnathan Bales.

One incident occurred later that Summer (2023), while Daniel Kasang, Joesph Donovan, and me where eating lunch on the wooden deck outside of the cafeteria within the West County Detention Center. After finishing my routine prayer, Joesph asked me do I know who I am praying to. I said yes. He said he just wanted to make sure I was not praying to "*Howard*". This was a religious joke stemming from Matthew 6:9 through 13 prayers in the New Testament. After stating that joke, Daniel looked Joesph and told him that was a bit low, and Joesph was chuckling and responded asking Daniel was that too low? Although there isn't any documentation on this, there were other(s) present who can verify this incident. Again, that joke can be perceived as a light-hearted joke, from one individual and an offensive joke to another's religion. Based on the previous incidents that have occurred, in addition to the most recent events, it is my belief that this joke was articulated with the sole purpose to offend. Feel free to contact Mr. Kasang, (dkasang@sletteninc.com) for verification purposes.

Another incident occurred in July of 2023, see attached "trashed request "photo, when I asked Joesph if he could provide feedback on the meeting that just occurred to allow me to complete the meeting minutes. After leaving my notes on his desk for his review, he disregarded my request by trashing my notes in the trash bin within his office. See attached photo taken on July 20th, 2023, for backup purposes.

As the summer came to an end, I began to adjust my behavior from offering ideas and questioning procedures to gain knowledge and experience, to not speaking unless (a) I was spoken to, or (b) if I had a question pertaining to the project. This approach allowed me to focus on the work, in lieu of the work environment. In response to my adjustments, Johnathan Bales came into my office and told me, in his opinion, I was disrupting the work environment because I was not "happy" every day. I responded by asking him was my job in jeopardy, and he said "no", he just did not understand my

issue. I explained to him that I was a serious individual who was focused on doing a good job on the project. After that conversation, coupled with the multiple phone calls I overheard Joesph make in search of a new team member to take over my responsibilities, I personally felt as if my job was in jeopardy. A few weeks later, after coming from lunch, Johnathan, Joesph, Dustin, Daniel, and myself were in the sallyport waiting for the last door to open so we can exit the west county detention facility when Johnathan spewed, "Troy. Is there a cologne for BLACK PEOPLE?". As the sallyport door opened, I responded, "I am not sure, John". Later that day, he came into my office and asked to speak with me outside of the trailer. We walked to the corner of the trailer, and he said, "I do not know who you have been talking to, but you seem more upbeat and happier the past few weeks. I just want to say Thank You!". Slightly confused by the gesture, I smiled and responded, "No problem." Maybe he thanked me because I did not react to his question in a negative manner. Whatever the reason may have been, the question and how it was asked was disrespectful. This marked the second offensive question towards me from Johnathan (the first was when he asked me was I in the car that was blasting rap music across the street from his house upon my arrival at the BBQ he invited the Corrections Division to).  Feel free to contact the team members mentioned herein (dkasang@sletteninc.com, dparciasepe@sletteninc.com, jdonovan@sletteninc.com) to verify the incident.

As we moved to the fall months of 2023, the phone calls from Joesph and Johnathan to Dan continued in their attempts to relocate me from the project. We (Stephen Freese and myself) saw some of Joesph's frustrations with me arise when Joesph, Stephen, and myself had a meeting on the submittals and filing techniques. During that discussion in the jobsite trailer, Joesph repeatedly yelled and slammed the white board in frustration while speaking to me about filing material SDS documentation separately from the actual submittal. We left that meeting in agreement that the material SDS' where to be filed in the software, ProjectSight, for the collaborators and contractors use. Feel free to contact Stephen Freese, Ace Quality Control, (Stephen.freese@aceqc.com) for verification of this incident.

The next incident would occur on November 20th, 2023 in the jobsite trailer during an internal team meeting with Daniel Kasang (dkasang@sletteninc.com) and Stephen Freese (Stephen.freese@aceqc.com) present. In that meeting Joesph told me to "shut the fuck up" and got out of his chair in an aggressive manner headed in my direction as if he wanted to physically harm me. After seeing a 300-pound man approach me, in self-defense, I got out of my seat to prevent myself from being violated. Joesph snapped out of his anger when Daniel yelled, "cool off". The specific events and backup pertaining to this incident was articulated and sent to the HR department after my final failed attempt to settle differences with Joesph and Johnathan. Reference attached "to whom it may concern" and "formal SCC complaint" documents for further information pertaining to this incident.

As 2023 ended and 2024 began, Joesph Donovan (jdonovan@sletteninc.com), Daniel Kasang (dkasang@sletteninc.com), Johnathan, and Myself were walking back to the jobsite trailer when yet, another incident occurred with Johnathan Bales where he made an offensive joke about Dr. Martin Luther King Jr. on January 3rd, 2024, just prior to January 15th, 2024. After his comments were made, I asked to speak with him in my office and communicated to him that his past actions and comments have been offensive and disrespectful. The next day, just prior to our owner's meeting, Joesph indirectly called me a "bitch" while indirectly commenting on my earring and other things. Both he and Johnathan spewed disrespectful dialogue in a subtle, indirect manner in front of the owner representative, Ron Mastalski (ron.mastalski@vanir.com), and the rest of the construction team, Daniel Kasang (dkasang@sletteninc.com), and Dustin Parciasepe

(dparciasepe@sletteninc.com). The specific events and backup pertaining to this incident were articulated and sent to the HR department as well. Reference attached "to whom it may concern" and "formal scc complaint" documents for further information pertaining to this incident.

The next month, on February 14th, between 9:30 a.m. and 9:38 a.m., Joesph Donovan called me a "bitch" again after I sent Dan Eden the prequalification forms per his request. This incident sticks in my head because after Joesph sent his email at 9:30 a.m. (an email in which he attempts to justify removing Stephen Freese from the project), he said "bring it on bitch" loud enough for me to hear in my office next door. After my email to Dan Eden, providing the information he requested, Joesph did not respond to the email chain (check his sent mailbox for verification). I asked Joesph who he was referring to when using the word, "bitch", and he replied, "I am talking about the mechanisms I am forced to work with". Seeing that his previous attempts to get me removed from the project failed, I could be considered a mechanism he was forced to work with. Reference pages 51-52 of "backup" documentation attached for verification.

After two years of disrespect, on February 19th, 2024, I took it upon myself to type up a descriptive letter to Sletten's Human Resource department indicating the concerns I had while working on the contra costa project. On February 20th, 2024, I received a response from the human resources department asking if I was on site or in Vegas. After indicating that I was on site, the Human Resources department scheduled a time to speak on Friday, February 23rd, 2024. On February 22nd, two days after my initial communication with the HR department, Dan Eden came to the jobsite (check the flight information) to meet with the owner representative, Ron Mastalski, pertaining to the contract amounts that have been executed. Prior to his conversion with the owner representative, we (Dan Eden, Daniel Kasang, Joesph Donovan, Johnathan Bales, and Dustin Parciasepe) ate lunch in the jobsite trailer. During lunch, Dan Eden mentioned that an employee had sent some concerns about how he was being treated on the jobsite. He mentioned that everything was true, but not legitimate since, in his opinion, his feelings were hurt. Daniel Kasang responded to the comments stating that in California it is illegal to hurt an employee's feelings in the workplace. After lunch, and a few meetings, as Dan left the jobsite he smiled at me, shook my hand, and told me to "stay off the ropes". I smiled and replied, "I'll try".

That Friday, I spoke to Michelle Cohens, with human resources and she asked me what I wanted her to do with the information. I asked her if there was a policy Sletten had in place to govern the treatment mentioned in my letter. She said there was not much she could do with the information and hopefully I could iron out the differences I had with my team leads like adults. After work, I took a flight home back to Vegas for the weekend to spend time with my family and figure out my options. Finally, after discussing the sequence of events with my family, I was advised to restructure my concerns letter into a complaint letter, which I did. That Sunday, February 25th, 2024, I sent a formal complaint letter to Sletten's HR department. The next Tuesday, February 27th, Dan responded to my email offering to move me back to Vegas to work on some forthcoming projects. After contemplating my resignation with my family and speaking on the phone with Dan, I agreed to come back to Vegas to work on the Kootenai County project and help transition my replacement on the Contra Costa project. Please reference attached "HR communication" documentation attached for verification.

Upon my return to the office, although I cannot successfully document feelings, it would be safe to say the energy was not as welcoming when I first returned to the office. After a month in the office feeling like an outsider, and successfully transitioning my replacement, I decided to resign from Sletten on March 29th, 2024. On April 5th, 2024, I issued a formal complaint with the EEOC.

In closing, my hope is that the EEOC cross-references the incidents herein, with the backup documentation provided and the individuals mentioned herein so the truth can be revealed.

Overview of Sequential Events:

Summer 2022:

- Joesph Donovan said, "This group (Earth, Wind, and Fire) reminds me of Troy with his afro".

Fall 2022:

- Joseph Donovan directed me to push the electrical switchgear submittal against mine and the owner representative's suggestion stating, "You work for me."

Early 2023 (Winter)

- During a divisional zoom meeting, Joesph Donovan states, "I don't know, Troy might not make it here."

Spring 2023

- In the living room during a house party at the Bales', John Bales asks me, "Was that you blasting the rap music outside when you pulled up?"

Summer 2023

- During lunch after witnessing me pray over my food, Joesph Donovan says, "I see you pray over your food and that's cool and all, but do you know who you are praying to?" I said, "yes, Jesus." He replied, "Are you sure you are not praying to Howard?"

Summer 2023

- Joesph Donovan throws away the meeting minutes and sticky note requesting his assistance.

Summer 2023

- Johnathan Bales asks me, "Is there a cologne for black people?", in the sallyport after leaving lunch.

Fall 2023

- During an internal team meeting, Joesph Donovan tells me to, "Shut the fuck up" and then gets out of his chair headed towards me in an aggressive manner before being told to "Cool off" by Daniel Kasang.

Fall 2023

- Dan Eden arrives at the jobsite with Greg Darling after the internal meeting (with entire team present) and makes Joesph and I shake hands in an effort to move forward,

Early 2024

- Johnathan Bales states that, "Arizona was more likely to give Dr. Martin Luther King, Jr. a "fucking manhole" in lieu of a holiday".

Early 2024

- Johnathan Bales subliminally states, "I should know my place", prior to an OAC meeting.

Early 2024

- Joesph Donovan subliminally calls me a "bitch", prior to the OAC meeting.

Early 2024

- Due to the harassment received at work, I requested to work from home in Las Vegas for a week to be with family and relieve some mental stress.

Early 2024

- Upon returning back to the jobsite, I spoke to HR and my Division manager about the treatment I have received on the jobsite.

Early 2024

- Upon returning back to the jobsite, I shared my personal notes with Monica Shank regarding my treatment on the jobsite as proof that each personal note was written as the early 2024 incidents occurred.

Early 2024

- A week after returning to the jobsite, Joesph Donovan and Johnathan Bales directs JJ Tadlock to have Stephen Freese removed from the project without probable cause.

Early 2024

- Upon sending an email to our division manager regarding pre-qualification forms, Joesph Donovan called me a "bitch" again.

Early 2024

- I typed and sent a letter of concerns to the HR department (not including my Divisional Manger)

Early 2024

- Two days after sending my concerns to the HR department, my divisional manager arrives at the jobsite (After the HR department asked me if I was working on the jobsite. See attached email chain), treats the team to lunch, and indicated to the team, "a newer, *Arabic*" employee sent a claim to the company stating that he has been mistreated. He put everything together and its true, but it sounds like he his feeling were hurt." Daniel Kasang replies, "It is illegal in California to hurt people feelings." After speaking with Johnathan Bales, in his office with the door closed for a long period of time, and discussing numbers with Ron Mastalski, my divisional manager tells me to, "stay off the ropes", while leaving the jobsite.

Early 2024

- After receiving a visit from my divisional manager, I then typed and sent a formal complaint to the HR department. Two days later, I received a phone call and email from my divisional manager offering to relocate me back to Las Vegas.

Early 2024

- Upon my return to the Las Vegas office, I am re-assigned to the Kootenai County project in Idaho.

Early 2024

- After the Women's College Basketball incident in Kootenai County, my divisional manager offered me another opportunity in light of the racial discrimination events that occurred.

Early 2024

- After experiencing the energy shift upon my return in the Las Vegas office, successfully transitioning two replacements on the Contra Costa project, and starting the bid documents for the Kootenai County project, I resigned from Sletten, Inc. on 3/29/24.

Due to the sequence of events above, I have no other reason to believe that I was strategically harassed and discriminated against, rather race, religion, or age related. Thank you for your time and consideration with this matter.

Respectfully,

Troy L. Rollins

513-996-9485

BLANK PAGE

## RE: End Date

Troy Rollins <trollins@sletteninc.com>
Fri 3/29/2024 6:12 PM
To:Dan Eden <deden@sletteninc.com>

📎 3 attachments (66 KB)
Koot_1.jpg; SCC truck keys, building key, phone, laptop, and credit card.jpg; SCC luggage.jpg;

Good Afternoon, Dan – thank you for the information and suggestion. I would like to respectfully decline and make today, 3/29/24, my last day here at Sletten. As previously discussed earlier this week, I truly believe it is time for me to depart from Sletten and pursue other opportunities in an effort to serve people and/or establishments who require my services (whatever I can offer). At the Kootenai County Jail site visit, I noticed the names of Rodney King, Michael Brown, George Floyd, Rashad Brooks, Jacob Blake, and Tyre Nichols were written on the white board (attached). All of these individuals where people of my color and murdered by Police Officers. Some of these officers were acquitted of the charges against them. The idea of serving law enforcement, amongst others, who continually treat others with hate and distain troubles my soul. In addition to that, my views against California's Proposition 1, coupled with the disrespect we (my brethren, Mr. Stephen Freese, Ace QC) received on Contra Costa County's West County Re-Entry Treatment and Housing Facility was another eye opener for me that I do not belong. Despite my views, thoughts, and feelings, I would like to think that Sletten Correction Division's operations will not be negatively impacted by my departure since Sal's (Sletten) and Khyber's (Ace QC) transition at WRTH has been executed effectively and the Kootenai County start up documents have been updated and distributed to the team for future use. As a friendly gesture, I will be available via email (troy.rollins@outlook.com) the next two weeks if Sletten has any questions, comments, or concerns on any open items initiated by me. Lastly, I would like to thank you for this opportunity for you called me at a trying time in my life and hopefully I did a good job to return the favor. I have learned a plethora of things here at Sletten that has made me a smarter, stronger, and overall better person. Feel free to contact me as you see fit. In the words of the Great Bob Marley, "ONE LOVE!"

Respectfully,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Dan Eden <deden@sletteninc.com>
**Sent:** Wednesday, March 27, 2024 10:40 AM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** End Date

Troy,

Appreciate the conversation, and as your friend, I just want to tell you that it would be in your best interest to stick around 1 more week so you receive the increase in ESOP for your vested shares, which doesn't happen until Monday.  So even next Wed would work…

Thank You,

**Dan Eden**
Vice President | Corrections Division Manager



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.277.5363
www.slettencompanies.com

## FW: WRTH

Troy Rollins <trollins@sletteninc.com>
Tue 3/12/2024 2:55 PM
To:troy.rollins@outlook.com <troy.rollins@outlook.com>

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Dan Eden <deden@sletteninc.com>
**Sent:** Tuesday, February 27, 2024 10:20 AM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH

Troy,

Appreciate the phone conversation. While you think on it, just wanted to recap so you know where I'm coming from. I value you as an employee and have never questioned your work ethic. In turn, your position was never in doubt. I hear you and understand you have concerns, so my goal is to put you in a role that you are happy with and allows you to thrive. That would currently entail you coming back to Las Vegas and working out of the office here for a few months then onto another project as discussed or any new ones that are procured in that time. We have opportunities and need good hands on them!

**Thank You,**

**Dan Eden**
Vice President | Corrections Division Manager



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.277.5363
www.slettencompanies.com

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Sunday, February 25, 2024 3:55 PM
**To:** Michelle Cohens <mcohens@sletteninc.com>
**Cc:** Dan Eden <deden@sletteninc.com>
**Subject:** FW: WRTH

Hello Michelle – per our conversation on Friday, please see additional information and requests attached for your review.

Be Well,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Michelle Cohens <mcohens@sletteninc.com>
**Sent:** Friday, February 23, 2024 1:06 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH

Ok I'll call then thank you


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Troy Rollins <trollins@sletteninc.com>
Date: 2/23/24 2:04 PM (GMT-07:00)
To: Michelle Cohens <mcohens@sletteninc.com>
Subject: Re: WRTH

Pacific.

Troy L. Rollins
725-268-2543

> On Feb 23, 2024, at 12:49 PM, Michelle Cohens <mcohens@sletteninc.com> wrote:
>
> 3pm Pacific or Mountain?
>
> **From:** Troy Rollins <trollins@sletteninc.com>
> **Sent:** Friday, February 23, 2024 12:26 PM
> **To:** Michelle Cohens <mcohens@sletteninc.com>
> **Subject:** RE: WRTH
>
> Michelle, does 3:30 p.m. work for you?
>
> Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543

## <image001.jpg>
www.slettencompanies.com

**From:** Michelle Cohens <mcohens@sletteninc.com>
**Sent:** Friday, February 23, 2024 6:46 AM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH

Troy, let me know if there's a good time today to talk. Thank you, Michelle

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Tuesday, February 20, 2024 12:09 PM
**To:** Michelle Cohens <mcohens@sletteninc.com>
**Subject:** RE: WRTH

Michelle – I am currently on site.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543

## <image001.jpg>
www.slettencompanies.com

**From:** Michelle Cohens <mcohens@sletteninc.com>
**Sent:** Tuesday, February 20, 2024 11:06 AM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH

Troy,

Are you on site, in the office or working from home?

Thank you,
Michelle

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Monday, February 19, 2024 1:54 PM
**To:** Michelle Cohens <mcohens@sletteninc.com>
**Subject:** WRTH

Hello Michelle – please see attached for your records.

Cheers!

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543

**<image001.jpg>**
www.slettencompanies.com

**From:** Troy Rollins
**Sent:** Tuesday, March 8, 2022 1:19 PM
**To:** Joe Donovan
**Subject:** Procore Invite - Ventura County Todd Road Jail

Good afternoon Joe,

I received an invitation to sign up in Procore for the Ventura County Todd Road Jail project. I am now signed in so feel free to advise if you need any assistance.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 513-996-9485
www.slettencompanies.com

**From:**          Troy Rollins
**Sent:**          Tuesday, March 8, 2022 1:55 PM
**To:**            Stephanie Hable
**Subject:**       RE: Contra Costa (CCWRTH) File Structure

Stephanie,
No worries. I will be here when you get back. Safe travels.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 513-996-9485
www.slettencompanies.com

**From:** Stephanie Hable <shable@sletteninc.com>
**Sent:** Tuesday, March 8, 2022 1:49 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** Re: Contra Costa (CCWRTH) File Structure

Troy,
I think I should sit down with you and go through all the docs when I get back from CA. There is too much to go through via email, sorry. I am back in the office Friday.

Stephanie Hable, RA, LEED AP, DBIA
Vice President | Director of Preconstruction
Sletten Companies

On Mar 8, 2022, at 1:11 PM, Troy Rollins <trollins@sletteninc.com> wrote:

Good afternoon Stephanie,

I am currently reviewing the bridging documents dated 4/16/21 and was wondering if you could lead me in the right direction to obtain scope of work and subcontract templates for Contra Costa. Please advise when you get an opportunity.

Thank You,

**From:** Troy Rollins
**Sent:** Tuesday, March 8, 2022 4:09 PM
**To:** john.sopchak@markbeamish.com
**Cc:** Joe Donovan
**Subject:** Todd Road Jail - Security Caulk Quote

Good afternoon John,

Per our conversation, please review the following items to provide a quote for the Todd Road Jail
security caulking:

- Pecora security caulking product (approved)
- Pick resistant type in lieu of pick proof
- Roughly 9500 LF of caulking
- Hollow metal door frames (inside only)
- Expansion joints
- Prevailing wage project
- Certified payroll
- Anticipated start date: 3/28/22

Please advise if you need any additional information.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 513-996-9485
www.slettencompanies.com