**From:**       Troy Rollins
**Sent:**       Wednesday, March 9, 2022 7:25 AM
**To:**         rockyp@westerngroup.com
**Cc:**         Joe Donovan
**Subject:**    Todd Road Jail - Security Caulking Follow-Up

Good morning Rocky,

Yesterday I sent you a voicemail requesting a quote to install Pecora's pick resistance security caulk on the Todd Road Jail project. If you are interested, please review the following items necessary to complete pricing:

- Pecora security caulking product (approved)
- Pick resistant type in lieu of pick proof
- Roughly 9500 LF of caulking
- Hollow metal door frames (inside only)
- Expansion joints
- Prevailing wage project
- Certified payroll
- Anticipated start date: 3/28/22

If you need any additional information, feel free to contact me at your earliest convenience.

Thanks,


**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 513-996-9485
www.slettencompanies.com

**From:**         Troy Rollins
**Sent:**         Wednesday, March 9, 2022 7:34 AM
**To:**           karim@hsg-inc.com
**Cc:**           Joe Donovan
**Subject:**      Todd Road Jail - Security Caulking Pricing

Good morning Karim,

Yesterday I gave you a call requesting a quote to install Pecora's pick resistance security caulk on the Todd Road Jail project. If you are interested, please review the following items necessary to complete pricing:

- Pecora security caulking product (approved)
- Pick resistant type in lieu of pick proof
- Roughly 9500 LF of caulking
- Hollow metal door frames (inside only)
- Expansion joints
- Prevailing wage project
- Certified payroll
- Anticipated start date: 3/28/22

If you need any additional information, feel free to contact me at your earliest convenience.

Thanks,


**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 513-996-9485
www.slettencompanies.com

**From:**       Troy Rollins
**Sent:**       Tuesday, March 15, 2022 3:07 PM
**To:**         Joe Donovan
**Subject:**    RE: Todd Road Jail Updates

Sounds like a plan.

In other news, I received a text message from Rocky this afternoon stating that he could not make today's meeting in time due to a previous meeting that ran over. He requested some photos of the existing condition so he could send over a price. Do we have any photos?

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Joe Donovan <jdonovan@sletteninc.com>
**Sent:** Tuesday, March 15, 2022 2:52 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: Todd Road Jail Updates

Thanks Troy,
Let's put a hold on searching for the masonry caps for right now.  We wouldn't have imagined but they're proving difficult to find and if that's the case, they're probably plenty expensive.

We're going to try and create something here onsite.

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Tuesday, March 15, 2022 2:49 PM
**To:** Joe Donovan <jdonovan@sletteninc.com>
**Subject:** Todd Road Jail Updates

Hello Joe,

I was able to complete the following submittal log items in Procore per our conversation:
-   Assign J. Donovan as submittal manger
-   Delete all of Richard Fabian's submittals
-   Hold on fire sprinkler material and shop drawings (close out both once we receive feedback)

- Close cold-formed metal framing submittal (under drywall spec section)

Also, please see status update on radius masonry cap scope:
- Rose Masonry: left Rick Rose a voicemail, will follow-up tomorrow morning
- Leeward Tile: left Tom (estimator) a voicemail, will follow-up tomorrow morning
- Smith Paving: spoke to Jasmine who informed me that they will not be able to proceed
- Villafana Engineering & Construction: left a voicemail, will follow-up tomorrow morning
- Diaz Randy & Sons Masonry: left a voicemail, will follow-up tomorrow morning
- Stoney Masonry: spoke to Rod Hicks and received a few options

Do you have any information on the masonry contractors who also put a bid in for this project? I could contact those guys and if we could come up with a solution.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

| | |
|---|---|
| **From:** | Troy Rollins |
| **Sent:** | Wednesday, March 16, 2022 4:24 PM |
| **To:** | Dan Eden; Joe Donovan; John Bales |
| **Cc:** | Stephanie Hable; mdean@sletteninc.com; lbales@sletteninc.com |
| **Subject:** | Contra Costa - Partnered Subcontracts and Pre-Qual Forms |
| **Attachments:** | Accurate Controls subcontract 3-7-22_rev1.doc; Contra Costa Electric subcontract - 3-8-22_rev1.doc; USP subcontract 3-9-22_rev1.doc; ACCO subcontract 3-8-22_rev1.doc; Cosco FP subcontract 3-8-22_rev1.doc; Goebel subcontract 3-9-22_rev1.doc; BCI Concrete subcontract 3-8-22_rev1.doc; CTU Precast subcontract 3-9-22_rev1.doc; Contra Costa - Prequal Advert.docx; Contra Costa - Subcontractor Qualification Survey.docx |

Good afternoon Team,

I have attached the latest revisions of the partnered subcontracts for a final internal review before we send them out early next week. Also, please see revised pre-qualification forms for your review. Feel free to advise any questions, comments, or suggestions.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Troy Rollins
**Sent:** Friday, March 18, 2022 3:01 PM
**To:** Cadwell Collins
**Cc:** Zachary Carter
**Subject:** Minority Business Potential Bidders
**Attachments:** CC WCRTH - Non-partnered potential bidders.xlsx; Contra Costa minority business.xlsx; Contra Costa - Prequal Advert.docx; Contra Costa - Subcontractor Qualification Survey.docx

Good afternoon Cadwell – per our conversation, please see attached spreadsheet(s) for CC's potential bidders. The second spreadsheet has minority subcontractors who may be near your project that you can reach out to. Feel free to advise any questions you may have.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

| | |
|---|---|
| **From:** | Troy Rollins |
| **Sent:** | Wednesday, March 23, 2022 9:01 AM |
| **To:** | jeff@johnjacksonmasonry.com; ken@randrmasonry.com; office@johnwaitmasonry.com; anitahuntmasonry@aim.com; kristy@pacificbaymasonry.com; bh@pacificweststeel.com; janis@pascalsteel.com; christina@mcwhirtersteel.com; frank@beisteel.com; danielsteel@saber.net; merz@emerzianwoodworking.com; mansour@aci-sd.com; thomas@hcirailings.com; admin@chesterinstall.com; karina@millworkpioneers.com; jmarkham@rcmill.com; karla@mckeeverinc.com; jfranciscompany83@gmail.com; darrell@teralite.com; feliza@acerestoration.net; info@madsenroof.com; craig@mcdonnellroofing.com; johnr@regalwaterproofing.com; goetz@noleak.com; teresa@fordererdoors.com; lizajane@smithcodoors.com; nathanb@openingtechnologies.com; karina@designhardware.com; dand@constructionhardware.com; wendy@codoors.com; accounting@sdsytemsinc.com; accounting@pinninc.com; sheila@kernglass.com; kdg@staxxinc.com; dschmitt@sfinteriorsinc.com; chads@interstatecompanies.net; jason@jordandrywall.com; danc@triformdrywall.com; bids@primeceilings.com; wendy@preferredceilings.com; accounting@cemcoacoutics.com; rolf522@gmail.com; denisec@coffeybuildinggroup.com; glenn@hamanakapainting.com; lgreenelsh@paradapainting.com; nicole@abcptg.com; vetspainting@gmail.com; joe@blackhawkpainting.com; jimh@abbeyinc.net; jamie.s@cbfloorsinc.com; jason@ellisflooring.com; onofrio@pecoraroinc.com; yvette@calsealants.com; carolej@l2specialties.com; janetb@goldengatesign.com; tina@ideas-ca.com; cheryl@caldwellspecialties.com; islandifficeint@aol.com; cameron@stewartdec.com; bob@modernpacific.com; mje@weiss.com; augalde@phonewave.net; kristen@dreamrideelevator.com; paul@starelevator.com; annabell@capitolelevator.com; debbie@hkaconsulting.com; allexis@theelevator.com |
| **Cc:** | Joe Donovan; Dan Eden |
| **Subject:** | Contra Costa - West County Re-entry Treatment and Housing Facility Project Bid |
| **Attachments:** | Contra Costa - Prequal Advert.pdf; Contra Costa - Subcontractor Qualification Survey.pdf |

Good morning Potential Bidders,

Please allow this email to serve as an invitation to review, complete and submit the attached prequalification forms to bid the upcoming West County Re-entry Treatment and Housing Facility Project in Richmond, CA slated to begin October 2022 to June 2024 (tentative). The overall disadvantage business enterprise goals for this project are 25.7% MBE and 6.9% WBE. If anyone is interested in this project and plan on completing both forms attached, please complete, and submit each form by April 15th, 2022. We plan to issue construction documents and begin the bid solicitation process upon review and approval of all prequalification forms. In the meantime, feel free to contact me via email or phone if you have any questions, comments, or concerns regarding either form attached.

Regards,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

| | |
|---|---|
| **From:** | Troy Rollins |
| **Sent:** | Friday, March 25, 2022 12:03 PM |
| **To:** | Dan Eden; Joe Donovan; Stephanie Hable |
| **Subject:** | CC - WRTH Non Partnered Subcontracts |
| **Attachments:** | 04 22 00 Masonry subcontract.doc; 05 12 00 Structural Steel subcontract.doc; 06 10 53 Miscellaneous Rough Carpentry.doc; 07 52 00 Roofing subcontract.doc; 07 81 16 Fireproofing subcontract.doc; 08 11 13 Non-Detention Doors and Frames.doc; 08 33 13 Overhead Coiling Doors.doc; 08 41 13 Aluminum-Framed Entrances and Storefronts.doc; 09 22 16 Drywall & Ceilings subcontract.doc; 32 31 13 Chain Link Fences, Gates, and Security subcontract.doc |

Team – please see attached scopes of work for the non-partnered subcontractors attached for your review and feedback. I should be able to send the remaining interior fit-out/site scopes of work to everyone early to mid-next week.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Troy Rollins
**Sent:** Thursday, April 21, 2022 4:36 PM
**To:** Joe Donovan
**Cc:** Dan Eden
**Subject:** CC WRTH - S.O.V. First Draft
**Attachments:** CC WRTH S.O.V._schedule.xlsx

Good afternoon, Gents,

Please find attached CC WRTH schedule of values for your review and comments. I left the last divisions in red for your feedback on if I should keep them separate or incorporate each line item with its intended partnered sub scope of work (ex: see the batt insulation line items with the drywall). If possible, we can use this spreadsheet for our upcoming conference call with Rachel.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:**        Troy Rollins
**Sent:**        Wednesday, August 10, 2022 9:15 AM
**To:**          Dan Eden
**Subject:**     WRTH - Escrow Docs
**Attachments:** WRTH Escrow Bid Documents_8.9.22 (rev1).pdf

Dan – please see updated escrow documents attached for your review.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

| | |
|---|---|
| **From:** | Joe Donovan |
| **Sent:** | Thursday, August 25, 2022 3:07 PM |
| **To:** | Troy Rollins |
| **Subject:** | CoCo schedule of values |
| **Attachments:** | CoCo AIA G702 & 703 Final.pdf; CoCO SOV 8-18-22 Jd.xlsx; 6-20-22 Proposal Pricing Modifications Selections DE.xlsx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Troy,

Here is the final Schedule of Values as well as the worksheet used to create it.  Submit the PDF for approval.  Look over the worksheet.  You'll notice the tabs on the bottom.  We want translate the line items in our Pay application SOV to the phased line items we'll use on our cost report.

The proposal Modification spreadsheet is where some of the base numbers on the SOV came from.  My notes are in the column next to the respective line item on my spreadsheet.

Sletten Corrections

**Joe Donovan**
Project Manager



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.473.2958 | Fax: 702.739.9932 | Mobile: 520.955.2198

## Troy Rollins

| | |
|---|---|
| **Subject:** | FW: Contra Costa WRTH Subcontractor Outreach 01 |
| **Location:** | https://us06web.zoom.us/j/21637035658 |
| | |
| **Start:** | Tue 10/18/2022 2:00 PM |
| **End:** | Tue 10/18/2022 3:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Stephanie Hable |
| | |
| **zmMeetingNum:** | 21637035658 |

Good afternoon, Potential Bidders – please consider this invitation as our first subcontractor outreach meeting for those planning on bidding the West County Re-Entry, Treatment and Housing Facility in Richmond, California. During this meeting we will discuss design, schedule, and requirements while answering project and prequalification questions. Please use link below to be admitted into the meeting. Feel free to contact me if anyone has questions.

Thanks,

Troy L. Rollins
725-268-2543

-----Original Appointment-----
**From:** Stephanie Hable <shable@sletteninc.com>
**Sent:** Monday, September 12, 2022 2:50 PM
**To:** Stephanie Hable; Troy Rollins; Shriraj Shah
**Cc:** John Bales; Joe Donovan; Dan Eden
**Subject:** Contra Costa WRTH Subcontractor Outreach 01
**When:** Tuesday, October 18, 2022 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://us06web.zoom.us/j/21637035658

This meeting is to review the Contra Costa WRTH Project design, schedule and key elements, as well as answer project and prequalification questions. The meeting is not mandatory but is encouraged.

Join Zoom Meeting
https://us06web.zoom.us/j/21637035658

Meeting ID: 216 3703 5658
One tap mobile
+16694449171,,21637035658# US
+16699006833,,21637035658# US (San Jose)

1

Dial by your location
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 719 359 4580 US
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 301 715 8592 US (Washington DC)
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 386 347 5053 US
    +1 564 217 2000 US
    +1 646 876 9923 US (New York)
    +1 646 931 3860 US
Meeting ID: 216 3703 5658
Find your local number: https://us06web.zoom.us/u/kwoUtK2ng

Join by SIP
21637035658@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 216 3703 5658

| | |
|---|---|
| **From:** | Troy Rollins |
| **Sent:** | Monday, September 19, 2022 9:31 AM |
| **To:** | Darrell Stelling |
| **Cc:** | Stephanie Hable |
| **Subject:** | FW: CCWRTH DD Checkset |

Team – please see DD check set comments from accurate below for your information.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Ryan Wenig <rwenig@accuratecontrols.com>
**Sent:** Friday, September 16, 2022 2:11 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: CCWRTH DD Checkset

> [EXTERNAL] This email has been sent from an external source. Beware of impersonation if the sender is internal to the company.

Troy,

These are the items that I have found that were added on the drawings:

- PCO2 – 16 Avigilon ligature free cameras for all cells in Housing Unit 1 are not on the drawings
- Exterior Cameras are now multimager cameras
- 1535 Sub dayroom in HU 1 has been added (2 intercoms & 1 controlled door)
- Door 1238C & 2 intercoms have been added
- Door 1308 & intercom have been added
- Door 1207 & intercom have been added
- Intercom added to Door 1141A
- Door 1117B & intercom have been added
- 1020 Officer Station REX added
- C136 added to 1048 Vocational Classroom
- Intercom added at Door 1083B
- Pedestal & Intercom added at Door 1063A.1
- Door 1068B now controlled
- Elevator E-001 added with a camera & intercom

- Are (2) multimagers being added in each dayroom?

Let me know if you find anything additional.

Thanks,

**Ryan Wenig | Project Manager**
**Accurate Controls Inc.**
420 E. Oshkosh St, Ripon WI. 54971
**Work: 920-748-6603 x272**
**Cell: 920-290-0041**
rwenig@accuratecontrols.com

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Friday, September 16, 2022 10:09 AM
**To:** Ryan Wenig <rwenig@accuratecontrols.com>
**Subject:** FW: CCWRTH DD Checkset

Ryan – please reference link below for the DD check set.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Dan Eden <deden@sletteninc.com>
**Sent:** Friday, September 16, 2022 7:48 AM
**To:** Stephanie Hable <shable@sletteninc.com>
**Cc:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: CCWRTH DD Checkset

What about Goebel? Any other partner subs missing?

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: Stephanie Hable <shable@sletteninc.com>
Date: 9/16/22 7:37 AM (GMT-08:00)
To: Dan Eden <deden@sletteninc.com>, Troy Rollins <trollins@sletteninc.com>, Shriraj Shah
<sshah@sletteninc.com>, John Bales <jbales@sletteninc.com>, Joe Donovan
<jdonovan@sletteninc.com>, Daniel Kasang <dkasang@sletteninc.com>, Curt Svenpladsen
<csvenpladsen@emcor.net>, David Berg <dberg@accoes.com>, Larry Jimenez <ljimenez@accoes.com>,
Duwayne Verch <DVerch@accuratecontrols.com>, pcahoy@universalsecurityproductsinc.com, Adi
Jamwal <adij@ctuprecast.com>, Robert Casey <rcasey@coscofire.com>, Garrett Whitney
<garrett.whitney@bciconcrete.com>
Subject: CCWRTH DD Checkset

All,

We got the checkset from DLR last night (linked below).  We all need to do a quick run-through and look
for high-level problems, like significant scope creep or wrong materials and return those comments to
DLR EOB TODAY (send to me, I will compile and forward).

https://sletteninc.sharefile.com/d-s3c330dbe1661435c8d4cef049193c1e1

The set we get EOD Monday will be the set we do our full constructability review on.

Thank you,

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction

 COMPANIES

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

| | |
|---|---|
| **From:** | Troy Rollins |
| **Sent:** | Wednesday, September 7, 2022 4:31 PM |
| **To:** | Carrie Leung; Ron Migliori; 'Kevin Cissna' |
| **Cc:** | Stephanie Hable; Shriraj Shah; Dan Eden |
| **Subject:** | FW: WRTH - Design Coordination Meeting |
| **Attachments:** | CCWRTH Team Minutes 11 090622.pdf |

Good afternoon, Team – per attached meeting minutes, please advise if we will be able to incorporate the structural support system for the unit 2 tier glazing system in the DD set or 50% set. We want to ensure that we have this system included during our bidding phase so our steel contractor can provide an accurate number.

Be Well,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Troy Rollins
**Sent:** Wednesday, September 7, 2022 11:30 AM
**To:** Dan Eden <deden@sletteninc.com>; Stephanie Hable <shable@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>; John Bales <jbales@sletteninc.com>; Shriraj Shah <sshah@sletteninc.com>; Daniel Kasang <dkasang@sletteninc.com>; Megan Dean <mdean@sletteninc.com>; Joey Ficklin <jficklin@sletteninc.com>; 'Darrell Stelling' <dstelling@DLRGROUP.com>; 'gretel@dlrgroup.com' <gretel@dlrgroup.com>; Doug Pahls <dpahls@DLRGROUP.com>; 'George Hubert' <ghubert@dlrgroup.com>; Patrick Langford <plangford@dlrgroup.com>; 'mdelcastillo@dlrgroup.com' <mdelcastillo@dlrgroup.com>; 'athul@wodenfire.com' <athul@wodenfire.com>; 'abiery@wodenfire.com' <abiery@wodenfire.com>; 'nmills@wodenfire.com' <nmills@wodenfire.com>; Keanen McCarthy <kmccarthy@bkf.com>; 'Jim McCurdy' <jmccurdy@bkf.com>; 'mlee@bkf.com' <mlee@bkf.com>; 'Ron Migliori' <rmigliori@buehlerengineering.com>; 'Kevin Cissna' <kcissna@buehlerengineering.com>; 'Carrie Leung' <cleung@buehlerengineering.com>; Orihuela, Guil <gorihuela@glumac.com>; 'Dutter, Garrett' <gdutter@glumac.com>; 'Bowman, Todd' <tbowman@glumac.com>; 'Adams, Michael' <madams@glumac.com>; 'jsaludez@glumac.com' <jsaludez@glumac.com>; McDougall, Philip <pmcdougall@glumac.com>; Strand, Nicholas <nstrand@glumac.com>; 'Prather, Joshua' <jprather@glumac.com>; 'ddoroshuk@glumac.com' <ddoroshuk@glumac.com>; 'Steiner, Neil' <nsteiner@glumac.com>; 'cstrieper@glumac.com' <cstrieper@glumac.com>; 'chrisn@rnsystemsdesign.com' <chrisn@rnsystemsdesign.com>; 'Dean Williams' <deanw@rnsystemsdesign.com>; Don Stratmeyer <dstratmeyer@emcor.net>; 'Carla Palmer' <cpalmer@emcor.net>; 'Curt Svenpladsen' <csvenpladsen@emcor.net>; Larry Jimenez <ljimenez@accoes.com>; 'David Berg' <dberg@accoes.com>; 'Duwayne Verch'

<DVerch@accuratecontrols.com>; 'Ryan Wenig' <rwenig@accuratecontrols.com>; 'Paul Cahoy' <pcahoy@universalsecurityproductsinc.com>; Matt Heinrich <matt@southernfolgercontracting.com>; 'scott.fadelli@bciconcrete.com' <scott.fadelli@bciconcrete.com>; Rez Moulla <Rez@ctuprecast.com>; 'Todd Whitney' <ToddW@ctuprecast.com>; Adi Jamwal <AdiJ@ctuprecast.com>; 'Greg Goebel Jr' <GGJR@goebelconstructioninc.com>; Jordan Padilla Gonzalez <jpgonzalez@coscofire.com>; 'Robert Casey' <rcasey@coscofire.com>
**Subject:** WRTH - Design Coordination Meeting

Good morning, Team – please find attached minutes and fire pump submittal from Tuesday's meeting for your records.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Stephanie Hable
**Sent:** Tuesday, March 14, 2023 9:42 AM
**To:** Troy Rollins; Joe Donovan
**Cc:** Dan Eden; John Bales; Daniel Kasang
**Subject:** RE: WRTH - OSFM Submittals

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Troy,

We are trying to get a call in front of the SFM to verify our approach, then we still need to talk through stuff with Vanir. If we are unable to get the bid drawings from DLR early next week, we may need to push the bid start.  We won't know until we have these conversations.  (Dan, we discussed in the team meeting this morning – we aren't forcing everyone to print 3/20 if we don't have an answer on titleblocks and packaging).
We are likely pulling the DCD permit as well, but Ron will need to be part of that discussion with DCD.

So basically, we are working on this but no news yet.

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction

 **COMPANIES**

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

---

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Tuesday, March 14, 2023 9:28 AM
**To:** Joe Donovan <jdonovan@sletteninc.com>; Stephanie Hable <shable@sletteninc.com>
**Cc:** Dan Eden <deden@sletteninc.com>; John Bales <jbales@sletteninc.com>; Daniel Kasang
<dkasang@sletteninc.com>
**Subject:** WRTH - OSFM Submittals

Team – now that we are considering pulling out our phase I submittal to the SFM and resubmitting both phases simultaneously, I have a couple items below I need direction on:

- Since Vanir has already paid for the phase I permit application, how should we handle our phase I DCD permit? Do we need to have a quick meeting with Vanir to discuss?
- If the phase I drawings are pulled from the SFM's bin, what official set of documents will we use to bid to the subcontractors?
- If we do not have an official set of documents to bid out to the subcontractors, how does this affect our bid schedule?

Note, as of now, I am proceeding as if nothing has changed. Just thought we may want to get a plan together internally.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

| | |
|---|---|
| **From:** | Troy Rollins |
| **Sent:** | Wednesday, March 15, 2023 8:19 AM |
| **To:** | Joe Donovan |
| **Subject:** | WRTH - Open Items |
| **Attachments:** | Construction Waste Management CalGreen for BICO23-002308_pdf version; 32 31 13 Chain Link Fences, Gates, and Security.doc |

Good morning, Joe – please advise items below when you get a chance:

- Delivery date of job site trailers
- Installation date of internet/wifi account for job site trailers
- Start date of web cam vendor
- Delivery date of temporary toilets
- Status of dumpster hauler:
    - o we need this to complete the attached CalGreen waste management form which ties into the DCD building permit.
- Temporary fencing start date
    - o do you have any comments on the revised fencing subcontract? (I am going to add the (2) gates and surrounding fencing at ramps and women's building)
- Can we purchase the pype software for submittals? If so, when can we start?
- Who will be responsible for scheduling pre-installation meetings with Goebel and CCE?
- When did we want to start getting pricing for PCO's 004, 005, 011, 012, 014, 015, 016 (I believe CCE is working on 016)?
- Phone calls: which bid package is each individual responsible for? Ex: Troy – Structural Steel, Daniel – Commercial Doors, Frames, and Hardware
- Who do we want to purchase the elevator pit sump covers and waterproofing? (These are the only scope items in phase I that is unaccounted for)

Aside from the obvious permits (SFM, DCD, PG&E Gas and Electric), these items should put us in a good position to get the job rolling. Feel free to add any items I missed.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

| | |
|---|---|
| **From:** | Joe Donovan |
| **Sent:** | Thursday, November 2, 2023 3:15 PM |
| **To:** | Troy Rollins; Dustin Parciasepe; Daniel Kasang; John Bales |
| **Subject:** | RE: Sub buyout 10-31-23.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

I don't, I was waiting for Megan to get them loaded into PS so we could all access them.

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, November 2, 2023 3:14 PM
**To:** Joe Donovan <jdonovan@sletteninc.com>; Dustin Parciasepe <dparciasepe@sletteninc.com>; Daniel Kasang <dkasang@sletteninc.com>; John Bales <jbales@sletteninc.com>
**Subject:** FW: Sub buyout 10-31-23.pdf

Joe – do you have a form with contact information included?

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

*OOO: 11/17/23*

**From:** Joe Donovan <jdonovan@sletteninc.com>
**Sent:** Tuesday, October 31, 2023 3:01 PM
**To:** Dustin Parciasepe <dparciasepe@sletteninc.com>; Daniel Kasang <dkasang@sletteninc.com>; Troy Rollins <trollins@sletteninc.com>; John Bales <jbales@sletteninc.com>
**Subject:** Sub buyout 10-31-23.pdf

Here are the subs that we currently have under contract, highlighted in green.

**From:**            Joe Donovan
**Sent:**            Friday, September 9, 2022 12:56 PM
**To:**            Troy Rollins; Dan Eden
**Subject:**            RE: WRTH - Owner Change Order Request

**Follow Up Flag:**            Follow up
**Flag Status:**            Completed

This will be fine, we can run with it.

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Friday, September 9, 2022 12:55 PM
**To:** Dan Eden <deden@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>
**Subject:** FW: WRTH - Owner Change Order Request

Dan, Joe – please advise if the attached proposal structure and backup is acceptable.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Ryan Wenig <rwenig@accuratecontrols.com>
**Sent:** Friday, September 9, 2022 8:39 AM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH - Owner Change Order Request

> [EXTERNAL] This email has been sent from an external source. Beware of impersonation if the sender is
> internal to the company.

Troy,

Attached is our proposal for the additional two doors.

Thanks,

**Ryan Wenig | Project Manager**
Accurate Controls Inc.
**420 E. Oshkosh St, Ripon WI. 54971**

Work: 920-748-6603 x272
Cell: 920-290-0041
rwenig@accuratecontrols.com

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, September 8, 2022 4:54 PM
**To:** Ryan Wenig <rwenig@accuratecontrols.com>
**Subject:** RE: WRTH - Owner Change Order Request

Hello Ryan – just wanted to follow up to see if you got my email yesterday and where we are with the pricing.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Ryan Wenig <rwenig@accuratecontrols.com>
**Sent:** Tuesday, September 6, 2022 4:11 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** Re: WRTH - Owner Change Order Request

> [EXTERNAL] This email has been sent from an external source. Beware of impersonation if the sender is internal to the company.

Troy,

Are these doors going to need intercoms as well?

Thanks,

Get Outlook for iOS

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Tuesday, September 6, 2022 2:25:09 PM
**To:** Ryan Wenig <rwenig@accuratecontrols.com>
**Subject:** RE: WRTH - Owner Change Order Request

Thanks for the update, Ryan.

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Ryan Wenig <rwenig@accuratecontrols.com>
**Sent:** Tuesday, September 6, 2022 9:58 AM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** Re: WRTH - Owner Change Order Request

> [EXTERNAL] This email has been sent from an external source. Beware of impersonation if the sender is internal to the company.

Good morning Troy,

I am meeting with our subcontractor today. I will hopefully have pricing to you by the end of the day today.

Thanks,

Get Outlook for iOS

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Tuesday, September 6, 2022 9:30:37 AM
**To:** Ryan Wenig <rwenig@accuratecontrols.com>
**Subject:** RE: WRTH - Owner Change Order Request

Good morning, Ryan. Hope you had a great weekend. Just wanted to get with you regarding our conversation last week. Let me know if you have any updates.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543

www.slettencompanies.com

**From:** Troy Rollins
**Sent:** Wednesday, August 31, 2022 2:26 PM
**To:** 'Ryan Wenig' <rwenig@accuratecontrols.com>
**Subject:** RE: WRTH - Owner Change Order Request

Ryan – no worries. Please see comments below in red with attached drawings for reference and advise.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:** Ryan Wenig <rwenig@accuratecontrols.com>
**Sent:** Wednesday, August 31, 2022 1:51 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH - Owner Change Order Request

> [EXTERNAL] This email has been sent from an external source. Beware of impersonation if the sender is internal to the company.

Troy,

I did have a chance to review and a couple of questions:

- How many additional doors would be needed? (2 doors)
- Do we know the door types? (We do not have a spec on the doors. All we know is they will be detention rated with card reader access)

The description was kind of vague, so I wasn't exactly sure how to price.

Thanks,

**Ryan Wenig | Project Manager**
**Accurate Controls Inc.**
**420 E. Oshkosh St, Ripon WI. 54971**
**Work: 920-748-6603 x272**
**Cell: 920-290-0041**

rwenig@accuratecontrols.com

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Monday, August 29, 2022 7:27 PM
**To:** Ryan Wenig <rwenig@accuratecontrols.com>
**Subject:** WRTH - Owner Change Order Request

Good afternoon, Ryan – can you please review the attached PCO and submit a proposal with backup to:

-furnish and install controls for new, sub-day room detention-controlled door (raceways provided by CCE)
-furnish and install controls for new corridor detention-controlled door (raceways provided by CCE)

Feel free to advise any questions you may have.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543
www.slettencompanies.com

**From:**            Joe Donovan
**Sent:**            Tuesday, May 30, 2023 5:15 PM
**To:**              Troy Rollins; George Hubert; John Bales
**Cc:**              Blaici Xiong; 'Patrick Langford'; Greg Goebel Jr
**Subject:**         RE: WRTH - Submittal Requirements

**Follow Up Flag:**  Follow up
**Flag Status:**     Completed

Troy,
We should be able to figure this out ourselves without getting everyone else involved at this point. Let's cancel this meeting and we'll have a discussion in the morning.

Joe

-----Original Appointment-----
**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Tuesday, May 30, 2023 2:49 PM
**To:** George Hubert; Joe Donovan; John Bales
**Cc:** Blaici Xiong; 'Patrick Langford'
**Subject:** WRTH - Submittal Requirements
**When:** Wednesday, May 31, 2023 10:00 AM-11:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://us06web.zoom.us/j/84780342600


All – please advise your availability to discuss submittal expectations. I have attached two different submittals with the matching specification section for us to review and determine what will merit an approved submittal.

Thanks,

Troy L. Rollins

725-268-2543

Troy Rollins is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us06web.zoom.us/j/84780342600

Meeting ID: 847 8034 2600
One tap mobile
+12532050468,,84780342600# US
+12532158782,,84780342600# US (Tacoma)

Dial by your location
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 719 359 4580 US
    +1 312 626 6799 US (Chicago)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US
    +1 646 876 9923 US (New York)
    +1 646 931 3860 US
    +1 689 278 1000 US
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
    +1 309 205 3325 US
Meeting ID: 847 8034 2600
Find your local number: https://us06web.zoom.us/u/k4J7KU1Kv

Join by SIP
84780342600@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 847 8034 2600

**From:** Joe Donovan
**Sent:** Thursday, November 2, 2023 3:21 PM
**To:** Troy Rollins
**Cc:** Stephen.freese
**Subject:** RE: WRTH - Weekly Subcontractor Meeting

**Follow Up Flag:** Follow up
**Flag Status:** Completed

I haven't called anyone.  We need to find people.

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, November 2, 2023 3:16 PM
**To:** Joe Donovan <jdonovan@sletteninc.com>
**Cc:** Stephen.freese <Stephen.freese@aceqc.com>
**Subject:** RE: WRTH - Weekly Subcontractor Meeting

Who all have you called? Can I see your call list? I will follow up with the companies you called.

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

*OOO: 11/17/23*

**From:** Joe Donovan <jdonovan@sletteninc.com>
**Sent:** Thursday, November 2, 2023 3:14 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Cc:** Stephen.freese <Stephen.freese@aceqc.com>
**Subject:** RE: WRTH - Weekly Subcontractor Meeting

That's what I'm telling you, we only have one vendor, we need to find another.

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, November 2, 2023 3:09 PM
**To:** Joe Donovan <jdonovan@sletteninc.com>
**Cc:** Stephen.freese <Stephen.freese@aceqc.com>
**Subject:** RE: WRTH - Weekly Subcontractor Meeting