We do not have any other bidders. I recall you stating that you were going finish the buyout for that scope of work since I already provided you with a vendor.

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

*OOO: 11/17/23*

**From:** Joe Donovan <jdonovan@sletteninc.com>
**Sent:** Thursday, November 2, 2023 3:08 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Cc:** Stephen.freese <Stephen.freese@aceqc.com>
**Subject:** RE: WRTH - Weekly Subcontractor Meeting

We don't, remember, you were tasked with finding another vendor because we only have one bid.

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, November 2, 2023 3:07 PM
**To:** Joe Donovan <jdonovan@sletteninc.com>
**Cc:** Stephen.freese <Stephen.freese@aceqc.com>
**Subject:** FW: WRTH - Weekly Subcontractor Meeting

Joe – do we have the skylight scope bought out? If so, can you send over the contact info so we can start the submittal process?

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

*OOO: 11/17/23*

---

**From:** Troy Rollins
**Sent:** Tuesday, October 31, 2023 9:06 AM
**To:** 'David Berg' <dberg@accoes.com>; 'Ryan Wenig' <rwenig@accuratecontrols.com>; 'Steven Solomon' <Steven.Solomon@bciconcrete.com>; 'Curt Svenpladsen' <csvenpladsen@emcor.net>; 'Benlly Perez Chiche' <bperezchiche@coscofire.com>; 'Adi Jamwal' <AdiJ@ctuprecast.com>; 'Greg Goebel Jr' <GGJR@mailgci.com>; 'Paul Cahoy' <pcahoy@universalsecurityproductsinc.com>; 'Williams, Trisha' <trisha.williams@tkelevator.com>; 'kstefani@weldwayinc.com' <kstefani@weldwayinc.com>; 'David Mosebar' <davidm@brattonmasonry.com>; 'scott.wilson@alcal.com' <scott.wilson@alcal.com>; 'ngori@accuratefirestop.com' <ngori@accuratefirestop.com>; Stephanie Hable <shable@sletteninc.com>
**Cc:** field <field@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>; John Bales <jbales@sletteninc.com>; Daniel Kasang <dkasang@sletteninc.com>; Dustin Parciasepe <dparciasepe@sletteninc.com>; Jennifer Norris <jennifer@us-glass.com>; jsalgado@us-glass.com; Aaron Church <achurch@emcor.net>; Mike Redding <mredding@emcor.net>; Todd Cadwallader <Todd.Cadwallader@bciconcrete.com>; Nathan Hardin <Nathan@mailgci.com>; stephen.freese@aceqc.com; Artem Sierhieienko <artem.sierhieienko@aceqc.com>; jake.cowger@alcal.com; jcarl@coscofire.com; kobrien@accoes.com
**Subject:** RE: WRTH - Weekly Subcontractor Meeting

Good Morning, Team – please see weekly sub meeting minutes along with updated submittal and RFI logs for your review and records.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

*OOO: 11/17/23*

-----Original Appointment-----
**From:** Troy Rollins
**Sent:** Wednesday, September 20, 2023 10:38 AM
**To:** Troy Rollins; David Berg; Ryan Wenig; Steven Solomon; Curt Svenpladsen; Benlly Perez Chiche; Adi Jamwal; 'Greg Goebel Jr'; Paul Cahoy; Williams, Trisha; kstefani@weldwayinc.com; David Mosebar; scott.wilson@alcal.com; ngori@accuratefirestop.com; Stephanie Hable
**Cc:** field; Joe Donovan; John Bales; Daniel Kasang; Dustin Parciasepe; Jennifer Norris; jsalgado@us-glass.com; Aaron Church; Mike Redding; Todd Cadwallader; Nathan Hardin; stephen.freese@aceqc.com; Artem Sierhieinko; jake.cowger@alcal.com; jcarl@coscofire.com; kobrien@accoes.com
**Subject:** WRTH - Weekly Subcontractor Meeting
**When:** Tuesday, October 31, 2023 8:00 AM-9:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://us06web.zoom.us/j/87428393994


Troy Rollins is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us06web.zoom.us/j/87428393994

Meeting ID: 874 2839 3994

---

One tap mobile
+16694449171,,87428393994# US
+16699006833,,87428393994# US (San Jose)

---

Dial by your location
- +1 669 444 9171 US
- +1 669 900 6833 US (San Jose)
- +1 346 248 7799 US (Houston)
- +1 719 359 4580 US
- +1 253 205 0468 US
- +1 253 215 8782 US (Tacoma)
- +1 360 209 5623 US
- +1 386 347 5053 US
- +1 507 473 4847 US
- +1 564 217 2000 US
- +1 646 876 9923 US (New York)
- +1 646 931 3860 US
- +1 689 278 1000 US
- +1 301 715 8592 US (Washington DC)
- +1 305 224 1968 US

- +1 309 205 3325 US
- +1 312 626 6799 US (Chicago)

Meeting ID: 874 2839 3994

Find your local number: https://us06web.zoom.us/u/kdRBrtET43

---

Join by SIP
- 87428393994@zoomcrc.com

---

Join by H.323
- 162.255.37.11 (US West)
- 162.255.36.11 (US East)
- 115.114.131.7 (India Mumbai)
- 115.114.115.7 (India Hyderabad)
- 213.19.144.110 (Amsterdam Netherlands)
- 213.244.140.110 (Germany)
- 103.122.166.55 (Australia Sydney)
- 103.122.167.55 (Australia Melbourne)
- 149.137.40.110 (Singapore)
- 64.211.144.160 (Brazil)
- 149.137.68.253 (Mexico)
- 69.174.57.160 (Canada Toronto)
- 65.39.152.160 (Canada Vancouver)
- 207.226.132.110 (Japan Tokyo)
- 149.137.24.110 (Japan Osaka)

Meeting ID: 874 2839 3994

**From:**                 Stephanie Hable
**Sent:**                Tuesday, April 25, 2023 1:14 PM
**To:**                   Troy Rollins; Joe Donovan
**Subject:**            RE: WRTH - Pre Bid Clarification Document

**Follow Up Flag:**      Follow up
**Flag Status:**         Completed

Yes, I absolutely want you to use the Q&A log.  But it is normally an internal document so Sletten can track all the bid questions.
Not a big deal if we share it with the design team, though.

How are you sending RFIs to DLR when you first determine a question from a sub needs to be answered by DLR?  Are you sending the log, or using Teams, or sending an email?

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction

 **COMPANIES**

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Tuesday, April 25, 2023 1:12 PM
**To:** Stephanie Hable <shable@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>
**Subject:** FW: WRTH - Pre Bid Clarification Document

Stephanie – per email below, you directed me to use the Q and A log. At this point, I am confused as to what you are looking for or what I am doing wrong.

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Stephanie Hable <shable@sletteninc.com>
**Sent:** Wednesday, April 12, 2023 7:36 AM
**To:** Troy Rollins <trollins@sletteninc.com>

**Cc:** Dan Eden <deden@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>
**Subject:** RE: WRTH - Pre Bid Clarification Document

Troy,

Please use the questions log I sent last month to track all questions coming in from the subs and how they get answered (by Sletten, by Arch, did they go into an addendum). **All RFIs we send to the designers should be numbered** so we can track them and they can track them. Responses need to go out to all subs in an addendum. Precon can help with any of this. I attached a sample from MVES as well.

We need the log of RFIs / responses not just to make sure all sub questions are getting answered, but to track what drawing changes need to be made by the design team post-bid.

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

---

**From:** Stephanie Hable
**Sent:** Wednesday, March 22, 2023 4:23 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Cc:** Dan Eden <deden@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>
**Subject:** RE: WRTH - Pre Bid Clarification Document

We have an addendum format we will use. Sample attached. We also have a questions log to track all sub questions and differentiate between questions Sletten can answer and questions our designers (or the Owner) must answer. Sample attached.

We need to get the instructions to bidders done pre-bid. Have you taken a stab at that? I attached a sample for that, too.

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

---

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Wednesday, March 22, 2023 2:47 PM

**To:** Stephanie Hable <shable@sletteninc.com>
**Subject:** WRTH - Pre Bid Clarification Document

Stephanie – do we have a pre-bid clarification document/template we can provide to the subs when they have a RFI during the bid process? Similar to the attached addendum template CC provided us.

Thanks,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Stephanie Hable
**Sent:** Thursday, March 23, 2023 3:29 PM
**To:** Troy Rollins
**Subject:** RE: WRTH - DCD Submittal

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Whoops, hit send too fast.  Yeah, drawings are missing in package 02.

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

**From:** Troy Rollins <trollins@slotteninc.com>
**Sent:** Thursday, March 23, 2023 2:03 PM
**To:** Stephanie Hable <shable@sletteninc.com>
**Subject:** RE: WRTH - DCD Submittal

Yes, it helps. I appreciate your clarifications. My last two questions would be, (1) the architectural drawings folder only has (5) drawings, so how do we bid the commercial doors, frames, hardware, aluminum entrances and storefronts, masonry, and roofing? (2) There is no folder for the structural drawings, so how do we bid the metals division?

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Stephanie Hable <shable@sletteninc.com>
**Sent:** Thursday, March 23, 2023 1:58 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH - DCD Submittal

This is how they had to upload to the State Fire Marshal, which is why it is broken out the way it is. I am not sure what you mean by bidding drawings and specs separately – we should give the bidders both (everything).

I would prefer not to create a separate set now that is combined because then we are tracking bid set separately from permit set. That paper trail will become convoluted.

The civil specs should be reproduced in the spec book (spot check they are all there). We do not need to put the individual civil specs out with the bid package if they are in the book, too.

I think it would help to note in the Instructions to Bidders (and emails to bidders) that "the bid drawings for WRTH have been submitted to the authorities having jurisdiction in two distinct packages. The first package is for site work, the second for the building. Both packages are included here as bid documents. To satisfy AHJ requirements, some drawings or specifications may be duplicated. Duplications are identical, and bidders can work from either."
Or similar.

Hope that helps.

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

---

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, March 23, 2023 1:40 PM
**To:** Stephanie Hable <shable@sletteninc.com>
**Subject:** RE: WRTH - DCD Submittal

Forgive me, but this does not seem right. How are we supposed to bid drawings and specs separately? Also, in phase I, we have a folder for volume 1 and volume 2 specifications, but when you access the civil folder, there are (2) folders with the same title and inside of each folder has an additional set of specifications. Just seems confusing. Is this normal?

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Stephanie Hable <shable@sletteninc.com>
**Sent:** Thursday, March 23, 2023 1:32 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH - DCD Submittal

At this time they are not combined, and shouldn't be until we get our permits. We can combine as a conformed set post-permit. You can just release both packages in entirety as bid docs.

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, March 23, 2023 1:30 PM
**To:** Stephanie Hable <shable@sletteninc.com>
**Subject:** RE: WRTH - DCD Submittal

Stephanie – Does DLR have a combined set of drawings for phase I and II? Or are we supposed to combine each drawing from each phase ourselves?

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Patrick Langford <plangford@DLRGROUP.com>
**Sent:** Thursday, March 23, 2023 10:52 AM
**To:** Stephanie Hable <shable@sletteninc.com>; George Hubert <ghubert@dlrgroup.com>

**Cc:** Troy Rollins <trollins@sletteninc.com>; Darrell Stelling <dstelling@DLRGROUP.com>
**Subject:** RE: WRTH - DCD Submittal

[EXTERNAL] This email has been sent from an external source. Beware of impersonation if the sender is internal to the company.

Stephanie,

Do you want these uploaded in two separate folders (Phase1 & Phase2)?  The link only notes to upload in one location from what I can tell.  Thank you

File Request from Stephanie Hable at Sletten Construction



Drag files here

Browse files

**Patrick W. Langford**

Architect | Senior Associate

plangford@dlrgroup.com

DLR Group
o: 916-446-0206 | d: 916-554-2426 | m: 916-862-0392
Read our 2022 Annual Report

**From:** Stephanie Hable <shable@sletteninc.com>
**Sent:** Thursday, March 23, 2023 10:11 AM
**To:** George Hubert <ghubert@dlrgroup.com>
**Cc:** Troy Rollins <trollins@sletteninc.com>; Patrick Langford <plangford@DLRGROUP.com>; Darrell Stelling <dstelling@DLRGROUP.com>
**Subject:** WRTH - DCD Submittal

George,

We need to get the two packages submitted to DCD this week. DCD has requested a brief description of what is in each package along with the documents. Can you provide one along with the documents?

Here is the link to upload the submittals made to SFM yesterday and this morning:
https://sletteninc.sharefile.com/r-rec659546facf45c681fab794f6b9bf4e

Thank you,

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction

 **COMPANIES**

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

**From:** Stephanie Hable
**Sent:** Thursday, February 9, 2023 4:48 PM
**To:** Troy Rollins
**Subject:** RE: WRTH - PCO-004: Coordination with PIDS

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Based on my email below, I said I would look into it.  It is not high on my list and therefore I have not looked at it yet.  I have information on this subject you don't have.  I do not want you going around me because you are not happy with how fast I am moving.

If I though this was urgent, I would handle it accordingly.

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, February 9, 2023 4:45 PM
**To:** Stephanie Hable <shable@sletteninc.com>
**Subject:** RE: WRTH - PCO-004: Coordination with PIDS

Stephanie. We need to determine if the is PCO is necessary. To do so, we need to communicate with James to determine the 1) overall PIDS scope, 2) determine what they have completed (or not completed), and 3) confirm the scope of work in our design drawings do not overlap what's in their scope. I'm just trying to understand where we are with this PCO for it has been an open item since August.

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Stephanie Hable <shable@sletteninc.com>
**Sent:** Thursday, February 9, 2023 4:31 PM
**To:** Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH - PCO-004: Coordination with PIDS

What are you doing with this guy? We aren't completing the system. We have to see if our scope is impacted by the system in place.

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

**From:** Troy Rollins <trollins@sletteninc.com>
**Sent:** Thursday, February 9, 2023 4:28 PM
**To:** James.Langston@pw.cccounty.us
**Cc:** Joe Donovan <jdonovan@sletteninc.com>; Stephanie Hable <shable@sletteninc.com>
**Subject:** FW: WRTH - PCO-004: Coordination with PIDS

Good afternoon, James. Just left you a voicemail regarding the attached PCO we received from Vanir Construction. I would like to talk with you about the perimeter intrusion detection system scope of work. Vanir's objective is to satisfy all requirements through your PIDS project and our new build construction, if necessary. Feel free to give me a call at your convenience so we can review attached site documents herein to determine if any additional work is required to complete the PIDS scope of work.

Thanks,

| **Citrix Attachments** | Expires August 8, 2023 |
| --- | --- |
| WRTH - 75% CD DRAWINGS_CHECK SET.pdf | 541.9 MB |

Download Attachments

Troy Rollins uses Citrix Files to share documents securely.

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101

Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Stephanie Hable <shable@sletteninc.com>
**Sent:** Friday, August 12, 2022 4:30 PM
**To:** Dan Eden <deden@sletteninc.com>
**Cc:** Troy Rollins <trollins@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>; Shriraj Shah <sshah@sletteninc.com>
**Subject:** RE: WRTH - PCO-004: Coordination with PIDS

We need to review with the design team.  Lets do it Tuesday in our regular meeting.  (Troy can you make sure I don't forget?)

**Stephanie Hable, RA, LEED AP, DBIA**
Vice President | Director of Preconstruction



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.236.6704

**From:** Dan Eden <deden@sletteninc.com>
**Sent:** Friday, August 12, 2022 3:20 PM
**To:** Stephanie Hable <shable@sletteninc.com>
**Cc:** Troy Rollins <trollins@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>
**Subject:** FW: WRTH - PCO-004: Coordination with PIDS

How do we price this?

**Thank You,**

**Dan Eden**
Vice President | Corrections Division Manager

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.277.5363
www.slettencompanies.com

**From:** Mastalski, Ron <Ron.Mastalski@vanir.com>
**Sent:** Friday, August 12, 2022 3:16 PM
**To:** Dan Eden <deden@sletteninc.com>
**Cc:** Contra Costa County WRTH <WRTH_VanirCM@vanir.com>; Diane Strassmaier <diane.strassmaier@pw.cccounty.us>; Tom Chalk (tchal@so.cccounty.us) <tchal@so.cccounty.us>; Wallace, Judith <judith.wallace@vanir.com>; Martinez, Karen <Karen.Martinez@vanir.com>; Delaney, Matt <Matt.Delaney@vanir.com>; Douglas Muse (dmuse@so.cccounty.us) <dmuse@so.cccounty.us>; Stephanie Hable <shable@sletteninc.com>; Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: WRTH - PCO-004: Coordination with PIDS

> [EXTERNAL] This email has been sent from an external source. Beware of impersonation if the sender is internal to the company.

Dan,

Please see attached County request for proposal associated with PCO-004 to coordinate work with the PIDS project. Per Article 1.2.5 of Section 012600, please provide a detailed cost proposal within 7 business days for this work. I suspect this is another RFP that may require a bit of scope confirmation to ensure you are able to provide an appropriate cost (if any ;-).

Have a nice weekend.
Regards,

**Ron Mastalski** *AIA, CCM, DBIA, NCARB, LEED-AP*
Project Director

 Solutions for Success

**VANIR** 1236 Escobar Street, Martinez, CA, 94553
P 925-335-1062 | C 916-350-0719 | Ron.Mastalski@vanir.com | www.vanir.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**From:**      Troy Rollins
**Sent:**      Wednesday, February 14, 2024 9:38 AM
**To:**      Joe Donovan; Dan Eden
**Subject:**      RE: Disadvantage Business

Dan – Attached is the shared file link to all the prequalification forms for your reference.

https://sletteninc.sharefile.com/d-sda872dacc92a4294b17791170e171700

Be Well,

**Troy Rollins**
Assistant Project Manager | Corrections Division

600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 725-268-2543



www.slettencompanies.com

**From:** Joe Donovan <jdonovan@sletteninc.com>
**Sent:** Wednesday, February 14, 2024 9:30 AM
**To:** Dan Eden <deden@sletteninc.com>; Troy Rollins <trollins@sletteninc.com>
**Subject:** RE: Disadvantage Business

We've reached out to our subs but we had our QC guy do it while he was calling for submittals and he did a really poor job, that's one of the reasons he's no longer here.

I was going to have Sal go through all the existing subs and the new ones that have recently come online and complete a comprehensive list.

Probably middle to late March we should have a good submittal to send to Vanir.

**From:** Dan Eden <deden@sletteninc.com>
**Sent:** Wednesday, February 14, 2024 8:51 AM
**To:** Troy Rollins <trollins@sletteninc.com>; Joe Donovan <jdonovan@sletteninc.com>
**Subject:** Disadvantage Business

Gents,

Good morning.  I assume we have reached out to everyone at this point.  When do you anticipate submitting all the outreach documentation over to Vanir?

**Thank You,**

**Dan Eden**
Vice President | Corrections Division Manager



600 S. Las Vegas Boulevard Suite 700 Las Vegas NV 89101
Phone: 702.739.8770 | Fax: 702.739.9932 | Mobile: 702.277.5363
www.slettencompanies.com

1/3/24

- TODAY, JOHN BALES, OUR GEN. SUPERINTENDANT, SAID THAT ARIZONA
  WAS MORE LIKELY TO GIVE MARTIN LUTHER KING A MANHOLE!
  INSTEAD OF DEDICATING A HOLIDAY FOR HIM.
  HIGHLY OFFENSIVE!

- I DID NOT SAY ANYTHING AT THE TIME, JUST MADE A NOTE.

- LATER, ON THE SAME DAY, JOHN, AND JOE DONOVAN, OUR SR. PM,
  OFFERED ME A DRINK PROVIDED BY OUR SUBCONT. WHEN I DECLINED,
  JOHN ASSUMED I WAS BUSY LISTENING TO "LUTHER VANDROSS", AND
  PROCEEDED TO STATE THAT ALL ARTIST FROM MIDTOWN RECORDS ARE
  "OLD AND OVER!" ALL OF THESE COMMENTS WERE MADE IN A
  SARCASTIC MANNER.
  HIGHLY OFFENSIVE! MOREOVER, SINCE THIS WAS DONE IN FRONT OF A
  SUBCONTRACTOR FOREMAN, EVEN MORE OFFENSIVE!

- AFTER THOSE COMMENTS WERE MADE, I MADE ANOTHER NOTE.

1/4/24

ON THURS. 1/4/24, PRIOR TO OUR O&C MTG. WITH THE CLIENT,
THE GEN. SUPER AND SR. PM CONTINUED TO MAKE
PRELIMINARY JOKES AND COMMENTS SUCH AS:

- "YOUNG GUYS ON THE JOB SITE SHOULD KNOW THEIR PLACE!"
  — JOHN BALES

- "EXACTLY WHAT I'M SAYING, JUST DO YOUR JOB, HAHA"
  — JOE DONAVAN

- "RIGHT! DO YOUR JOB. YOUR WORKING TOO HARD. SETTLE DOWN
  AND GET BACK IN LINE! (HAHAHA)!"
  — JOHN BALES

- "HAHAHA, YEA. LHILE BITCH! HAHAHA"
  — JOE DONOVAN.


THIS DIALLOGUE WAS CONDUCTED JUST BEFORE OUR 9:00 AM MEETING
WITH VANIR CONST. MGMT AND CENTRAL COSTA COUNTY REPS FOR THE
NEW WRTH FACILITY.

(CONFIDENTIAL)

I WAS HIGHLY UPSET AND MADE A CALL TO ANOTHER EMPLOYEE
WHO PREVIOUSLY WORKED FOR THEM AFTER WORK. THAT INDIVIDUAL
STATED THAT THEY HAD TO DEAL WITH THE SAME TYPE OF
DISCRIMINATION AND TO DOCUMENT FROM HERE ON OUT, EVERY-
THING THAT IS SAID. I WAS ALSO ADVISED TO HOLD MY TONGUE
UNTIL I CAN VERIFY, CONFIRM SOMEONE WITHIN THE COMPANY WILL
BACK ME UP.

1/5/24

ON FRIDAY, ~~AFTER TH~~ THE DAY AFTER THE O4C MTG, I
PULLED JOHN ASIDE AND COMMUNICATED WITH HIM THAT I
DID NOT APPRECIATE THE COMMENTS MADE ABOUT MLK.
HE IN RETURN APOLOGIZED FOR HOW I PERCEIVED THE COMMENT,
BUT NOT FOR THE ACTUAL COMMENT.

1/10/24

ON WEDNESDAY OF THE NEXT WEEK, J. BALES BROUGHT CADWELL
COLLINS TO THE JOB SITE TO SPEAK WITH ME. UPON SPEAKING
WITH C. COLLINS, I TOLD HIM THAT THE TEAM DIDN'T WANT ME
AMONGST THE CONSTRUCTION TEAM. HE DISAGREED AND REPLIED
THAT I SHOULD FOCUS ON THE END GOAL WHICH IS TO FINISH
THE BUILDING.

AFTER WE SPOKE, J. BALES PULLED US TO THE SIDE TO ~~RE~~
DISCUSS THE CONVERSATION HE AND I HAD ON THE 5TH. CADWELL
COLLINS MENTIONED THAT JOHN BALES CALLS HIM TO ASK
QUESTIONS ABOUT BLACK PEOPLE WHENEVER HE IS IN NEED
OF ANY CLARIFICATIONS. I MENTIONED TO BOTH JOHN & CADWELL
THAT I DO NOT HAVE AN ISSUE WITH ADDRESSING QUESTIONS
ABOUT BLACK PEOPLE AS LONG AS THE QUESTIONS ARE ASKED
IN A RESPECTFUL MANNER.

ONCE WE FINISHED OUR DISCUSSION, JOHN "HUGGED" ME
(3) TIMES AND SAID HE DOESN'T HAVE AN ISSUE WITH ME
AND HE ENJOYS THE WORK I DO FOR THE CO. THE NEXT TWO
DAYS AT WORK, JOHN DID NOT SPEAK TO ME.

1/18/24

· ON FRIDAY, 1/12/24, I INFORMED THE TEAM I WILL BE
WORKING FROM HOME IN VEGAS TO BE WITH MY SICK GRANDFATHER.
FAST FORWARD TO WEDNESDAY, 1/17/24, I RECIEVED A CALL
FROM JOHN BALDS ASKING ME WHY I WAS WORKING FROM VEGAS.
I TOLD HIM MY GRANDFATHER WAS SICK AND THAT I WANTED/ NEEDED
TO BE NEAR HIM. HE SAID, IN A SARCASTIC MANNER, THAT I WAS
A GOOD GRANDSON AND THAT MY GRANDPA SHOULD CONSIDER
HIMSELF LUCKY (PARAPHRASING). I SAID, "THANK YOU", AND
WE ENDED THE PHONE CALL.


1/19/24

· ON FRIDAY, 1/19/24, I BRIEFLY SPOKE WITH MICHELLE OWENS, HR,
AND GAVE HER A VAGUE DESCRIPTION OF MY EXPERIENCE AND
TREATMENT I HAVE RECIEVED. I ALSO INFORMED HER THAT
I WANTED TO GO THROUGH THE PROPER PROTOCOLS TO GET
MY SIDE OF THE STORY ON RECORD. WHEN SHE ASKED ME IF
I SPOKE TO DAN EDEN, DIVISIONAL MANAGER, I TOLD HER MY
PLAN WAS TO SPEAK WITH HIM ONCE I GOT OFF THE PHONE WITH HER.
SHE INSISTED THAT I SPEAK TO DAN FIRST, THEN IF I STILL NEED
TO SPEAK WITH HER, THEN CALL HER. AFTER SPEAK WITH HER, I
SPOKE TO DAN AND INFORMED HIM OF THE DISRESPECTFUL TREATMENT,
AND ASKED IF I WAS DOING ANYTHING WRONG. HE SAID NO AND THAT HE
SPOKE WITH EVERYONE AND WE CAN MOVE FORWARD WITH COMPLETING
THE PROJECT.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Las Vegas Local Office**
333 Las Vegas Blvd South, Suite 5560
Las Vegas, NV 89101
(702) 553-4470
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/08/2025

**To:** Mr. Troy L. Rollins
10066 Trotter Peak Street
LAS VEGAS, NV 89178
Charge No: 555-2024-01328

EEOC Representative and email:  AARON SANCHEZ-LAZCANO
Federal Investigator
aaron.sanchez-lazcano@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 555-2024-01328.

On behalf of the Commission,

Digitally Signed By:Michael Mendoza
01/08/2025
Michael Mendoza
Local Office Director

**Cc:**
Paul S Prior
Snell & Wilmer LLC
1700 S PAVILION CENTER DR STE 700
Las Vegas, NV 89135

Tyler V Thomas
Snell & Wilmer LLC
1700 S PAVILION CENTER DR STE 700
Las Vegas, NV 89135

Dallin Wayment
dwayment@sletteninc.com

Dan Eden
Sletten Companies
6000 S. Las Vegas Blvd. Ste 700
Las Vegas, NV 89101

Please retain this notice for your records.