

# U.S. District Court

## California Northern - San Francisco

Receipt Date: May 12, 2025 1:25PM

troy rollins
11990 gaylord dr
cincinnati , oh 45240

| Rcpt. No: 311172887 | Trans. Date: May 12, 2025 1:25PM | | | Cashier ID: #AS (3748) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #0001 | 05/6/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: C25-4089 TSH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.