RDC 07

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



EP13F October 2023
OD: 12 1/2 x 9 1/2



PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE (513) 996-9485

Troy Rollins
11990 Gaylord Drive
Cincinnati, OH 45240

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☑ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )
Civil Processing Clerk
U.S. Attorney's Office for the Northern
District of California
450 Golden Gate Avenue
P.O. Box 36055 San Francisco, CA
ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 1 0 2 - ___ ___ ___ ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.


← **PEEL FROM THIS CORNER**



EI 385 477 304 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 45240
Scheduled Delivery Date (MM/DD/YY): 4/22/25
Postage: $31.40
Date Accepted (MM/DD/YY): 4/19/25
Scheduled Delivery Time: ☑ 6:00 PM  6:00
Insurance Fee: $
COD Fee: $
Time Accepted: 225 ☐ AM ☑ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $31.40
Weight ☐ Flat Rate   Acceptance Employee Initials: CSK

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996







PS10001000006


This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

RECEIVED
U.S. ATTORNEY'S OFFICE
SAN FRANCISCO, CA

25 APR 21  PM 2:47



**PRIORITY MAIL EXPRESS®**

**UNITED STATES POSTAL SERVICE®**



EMS

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

EP13F October 2023
OD: 12 1/2 x 9 1/2



PS10001000006

GUARANTEED* ■ TRACKED ■ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.