



# LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000059

EP13L May 2020
OD: 15 x 9.5

**GUARANTEED\* ■ TRACKED ■ INSURE**