**PRESS FIRMLY TO SEAL**

 

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

- ■ Expected delivery date specified for domestic use.
- ■ Domestic shipments include $100 of insurance (restrictions apply).*
- ■ USPS Tracking® service included for domestic and many international destinations.
- ■ Limited international insurance.**
- ■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

*RECEIVED*
*MAY 12 2025*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2


PAPER
POUCH





US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
May 06 2025
Mailed from ZIP 89113
PRIORITY MAIL
ZONE 4 FLAT-RATE ENV
11869070
Commercial

0b35001020292

## USPS PRIORITY MAIL

C/o Postnet NV160
Troy Rollins
7345 S DURANGO DR STE 107 PMB B
LAS VEGAS NV 89113-3608

C004

SHIP TO:
Office of theClerk US Dist. Court
Northern District of California
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING #

9405 5118 9956 0712 2602 80

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.



# UNITED STATES
## POSTAL SERVICE ®

## PRIORITY
## MAIL®

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP



## TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE