**O'HAGAN MEYER**
DANA J. FINBERG (SBN# 257459)
    EMAIL: DFINBERG@OHAGANMEYER.COM
GURLEEN RANA (SBN# 329278)
    EMAIL: GRANA@OHAGANMEYER.COM
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902

Attorneys for Defendant,
SLETTEN CONSTRUCTION
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TROY ROLLINS | Case No: 3:25-CV-04089-JD |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| vs. | [Local Rule 6-1(a)] |
| SLETTEN COMPANIES | |
| Defendant. | Complaint Filed: April 15, 2025 |

Plaintiff TROY ROLLINS ("Plaintiff") and Defendant SLETTEN CONSTRUCTION COMPANY (named as "SLETTEN COMPANIES") ("Defendant"), by and through their respective counsel, stipulate as follows:

1.      On April 15, 2025, Plaintiff filed his Complaint in this action;

2.      On July 15, 2025, Plaintiff served a copy of the Complaint on Defendant;

3.      Defendant's deadline to respond to the Complaint is August 5, 2025;

4.      Plaintiff and Defendant have presently agreed, pursuant to Local Rule 6-1(a), to an extension of Defendant's deadline of August 5, 2025 to respond to the Complaint;

1

5.  This is the first extension of time requested by Defendant;

6.  The new agreed upon deadline to respond to the Complaint is August 11, 2025. A true and correct copy of the email communication granting the extension is attached as "*Exhibit A*";

7.  This extension is entered pursuant to the terms of Local Rule 6-1(a) and will not change or alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED:  July 31, 2025          TROY ROLLINS


By:   /s/ Troy Rollins
           *Pro Per Plaintiff*


DATED:  July 31, 2025          O'HAGAN MEYER, LLP


By:   _____
           Dana Finberg
           Gurleen Rana
           Attorneys for Defendant
           SLETTEN CONSTRUCTION
           COMPANY

Pursuant to Local Rule 5-1(i)(3), the undersigned certifies that all signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing of this document.

DATED:  July 31, 2025                    TROY ROLLINS


By:  */s/ Troy Rollins*
        *Pro Per Plaintiff*


DATED:  July 31, 2025                    O'HAGAN MEYER, LLP


By:

Dana Finberg
Gurleen Rana
Attorneys for Defendant
SLETTEN CONSTRUCTION
COMPANY

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (No. CV25-04089)

# EXHIBIT A

**From:** Gurleen Rana
**To:** Troy Rollins
**Cc:** Dana Finberg; Charmaine Villavert; Dolores Mayorga
**Subject:** RE: Troy Rollins v. Sletten Companies (CV-25-04089) [IMAN-ACTIVE.FID798079]
**Date:** Monday, July 28, 2025 6:32:32 PM
**Attachments:** image001.png

Thank you for the extension.

Confirming receipt of the documents. You do not need to provide any hard copies.

Best,
Guleen

**Gurleen Kaur Rana**
Associate Attorney
One Embarcadero Center | Suite 2100 | San Francisco | CA | 94111
DIRECT 415.872.0136 | CELL 253.507.3563



O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

California ▲ Colorado ▲ Delaware ▲ District of Columbia ▲ Georgia ▲ Illinois
Maryland ▲ Massachusetts ▲ Michigan ▲ Nevada ▲ New Jersey ▲ New York
North Carolina ▲ Oregon ▲ Pennsylvania ▲ Virginia ▲ Washington

Mansfield Rule™
Certified 2023

OHaganMeyer.com

**From:** Troy Rollins <troy.rollins@outlook.com>
**Sent:** Monday, July 28, 2025 3:41 PM
**To:** Gurleen Rana <grana@ohaganmeyer.com>
**Cc:** Dana Finberg <dfinberg@ohaganmeyer.com>; Charmaine Villavert
<cvillavert@ohaganmeyer.com>; Dolores Mayorga <dmayorga@ohaganmeyer.com>
**Subject:** [EXTERNAL] Re: Troy Rollins v. Sletten Companies (CV-25-04089) [IMAN-ACTIVE.FID798079]

**CAUTION:** This email originated from outside the organization.
Do not click links or open attachments unless you are expecting them from the sender.

Hi Ms. Rana,

Confirming new responsive deadline of August 11, 2025 is acceptable.

Additionally, I am obliged to provide your firm with attached documents that have been

filed with the Court in preparation for our upcoming joint statement.

Please advise if you require hard copies to be mailed to your office as well.

Regards,

Troy L. Rollins
702-310-3005

---

**From:** Gurleen Rana <grana@ohaganmeyer.com>
**Sent:** Monday, July 28, 2025 5:30 PM
**To:** Troy Rollins <troy.rollins@outlook.com>
**Cc:** Dana Finberg <dfinberg@ohaganmeyer.com>; Charmaine Villavert <cvillavert@ohaganmeyer.com>; Dolores Mayorga <dmayorga@ohaganmeyer.com>
**Subject:** RE: Troy Rollins v. Sletten Companies (CV-25-04089) [IMAN-ACTIVE.FID798079]

Hi Mr. Rollins,

Thank you for your email. Confirming that this extension will not affect the filing of our joint statement.

Accordingly, please confirm our new responsive deadline of August 11, 2025.

Best,

Gurleen

---

**From:** Troy Rollins <troy.rollins@outlook.com>
**Sent:** Monday, July 28, 2025 10:19 AM
**To:** Gurleen Rana <grana@ohaganmeyer.com>
**Cc:** Dana Finberg <dfinberg@ohaganmeyer.com>
**Subject:** [EXTERNAL] Re: Troy Rollins v. Sletten Companies (CV-25-04089) [IMAN-ACTIVE.FID798079]

> **CAUTION:** This email originated from outside the organization.
> Do not click links or open attachments unless you are expecting them from the sender.

Dear Ms. Rana,

According to the standing order issued by the Judge, we are required to complete and file a joint statement with the Court at least seven days prior to the case management conference, which is slated for Thursday, August 21, 2025, at 10:00 a.m.

Please confirm the Defendant's revised deadline of August 11th will not impede your firm's ability to complete and file the joint statement on or before August 14th.

Lastly, please direct all communications to me, as I am representing myself.

Regards,

Troy L. Rollins

702-310-3005

---

**From:** Gurleen Rana <grana@ohaganmeyer.com>
**Sent:** Thursday, July 24, 2025 7:23 PM
**To:** troy.rollins@outlook.com <troy.rollins@outlook.com>
**Cc:** Dana Finberg <dfinberg@ohaganmeyer.com>
**Subject:** Troy Rollins v. Sletten Companies (CV-25-04089) [IMAN-ACTIVE.FID798079]

Dear Mr. Rollins,

I write to inform you that our firm, O'Hagan Meyer, has been retained by Sletten Construction Company for the above-mentioned matter filed in Northern District of California. As such, please forward all future communications to me and Dana Finberg.

Defendant intends to respond to your complaint; however, it seems we may need additional time

review all the documents accompanying the complaint. Accordingly, we are requesting a one-week extension to respond to your complaint. Please advise if you are agreeable to changing Defendant's response deadline to August 11th.

Additionally, please advise if you have retained counsel for this matter so we may direct our communications to your attorney.

Regards,

**Gurleen Kaur Rana**

Associate Attorney

One Embarcadero Center | Suite 2100 | San Francisco | CA | 94111
DIRECT 415.872.0136 | CELL 253.507.3563



O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

California ▲ Colorado ▲ Delaware ▲ District of Columbia ▲ Georgia ▲ Illinois
Maryland ▲ Massachusetts ▲ Michigan ▲ Nevada ▲ New Jersey ▲ New York
North Carolina ▲ Oregon ▲ Pennsylvania ▲ Virginia ▲ Washington

Mansfield Rule™
Certified 2023

OHaganMeyer.com