



## Extremely Urgent



Visit **UPS.com**

**Apply shipping documents on this side.**

**Window Envelope**
Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

Scan QR code to schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

envelope is for use with the following services:  **UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**
**UPS Worldwide Expedited®**

Do not use this envelope for:  **UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**



Serving you for more than 110 years
United Parcel Service.®

  

r conditions established
and/or the Convention on
oftware were exported

For information about UPS's privacy practices or to opt out from the sale of
personal information, please see the UPS Privacy Notice at www.ups.com
010195103  5/21  PAC  United Parcel Service