TROY ROLLINS
10066 TROTTER PEAK STREET
LAS VEGAS, NEVADA 89178
EMAIL: TROY.ROLLINS@OUTLOOK.COM
PHONE: 702-810-3005
PLAINTIFF

O'HAGAN MEYER
DANA J. FINBERG (SBN# 257459)
EMAIL: DFINBERG@OHAGANEMEYER.COM
GURLEEN RANA (SBN# 329278)
EMAIL: GRANA@OHAGANMEYER.COM
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
Attorneys for Defendant,
SLETTEN, INC.

FILED

AUG 07 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

TROY ROLLINS, PRO SE

               Plaintiff,

vs.

SLETTEN, INC.

               Defendant(s),

Case No.: 25-cv-04089-JD

OBJECTION TO STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

[F.R.C.P. 12(C)]

In an effort to properly identify the defendant, Sletten, Inc., as Sletten, Inc., in lieu of "Sletten Construction Company" and/or "Sletten Companies", this objection to the Defendants "Stipulation to Extend Time to Respond to Complaint" is entered pursuant to Federal Rule of Civil Procedure 12(c).

**IT IS SO OBJECTED.**

Dated: 4th of August, 2025.

Troy Rollins, Pro Se *Plaintiff*

Dated: 4th of August, 2025.

                            _____

Dana Finberg
Gurleen Rana
*Attorneys for Defendant*
SLETTEN, INC.