UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY ROLLINS,

        Plaintiff,

    v.

SLETTEN COMPANIES, et al.,

        Defendants.

Case No.  25-cv-04089-JD

**ORDER VACATING HEARING**

       Defendant Sletten Companies' motion to dismiss or transfer, Dkt. No. 19, is submitted on the papers pursuant to Civil L.R. 7-1(b).  The hearing set for October 2, 2025, is vacated.

       **IT IS SO ORDERED.**

Dated: September 26, 2025

_____

JAMES DONATO
United States District Judge