TROY ROLLINS
1667 SPRING PARK WALK
CINCINNATI, OH 45215
EMAIL: TROY.ROLLINS@OUTLOOK.COM
PHONE: 702-810-3005
PLAINTIFF

O'HAGAN MEYER
DANA J. FINBERG (SBN# 257459)
EMAIL: DFINBERG@OHAGANEMEYER.COM
GURLEEN RANA (SBN# 329278)
EMAIL: GRANA@OHAGANMEYER.COM
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
Attorneys for Defendant,
SLETTEN CONSTRUCTION COMPANY

RECEIVED

JUL 08 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| TROY ROLLINS, PRO SE<br><br>Plaintiff,<br><br>vs.<br><br>SLETTEN CONSTRUCTION COMPANY<br><br>Defendant(s), | Case No.: 25-cv-04089-JD<br><br>PROPOSED ORDER GRANTING PLAINTIFF TROY ROLLINS' MOTION TO VOLUNTARILY DISMISS PLAINTIFF TROY ROLLINS' SECOND AMENDED COMLAINT |

JESUS IS KING OF KINGS AND LORD OF LORDS.

DATED: 3rd of July, 2026.

Troy Rollins, Pro Se

## I. CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

1. Case Name: Rollins v. Sletten
2. Case Number: 25-cv-04089-JD
3. What documents were served? Proposed Order Granting Plaintiff Troy Rollins' Motion to Voluntarily Dismiss Plaintiff Troy Rollins' Second Amended Complaint.
4. How was the document served? Sent for delivery via U.S. Mail to Court and Defendant
5. Who did you send the document to? O'Hagan Meyer
6. When were the documents sent? 3rd Day of July, 2026
7. Who served the documents? Troy Lee Rollins, Pro Se

I declare that the foregoing is true and correct.

Signature: ______________________

Name: Troy Lee Rollins

Address: 1667 Spring Park Walk

Cincinnati, OH 45215